IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

RECEIVED
2006 JUL 21 A 11: 11

Clarence Watus
Plaintiff(s)

vs.
Kenneth Jones, Watson
Attorney General of the State of Alabama
Defendant(s)

2:06CV650-MEF

I, Clarence Watus #132116 #4-81, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1.  Are you presently employed?        YES ( )    NO (✓)

    A.  If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
        _____N/A_____
        _____

    B.  If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
        _____N/A_____
        _____

2.  Have you received within the past twelve months any money from any of the following sources?

    A.  Business, profession or form of self-employment? YES ( )   NO (✓)
    B.  Rent payments, interest or dividends?    YES ( )   NO (✓)
    C.  Pensions, annuities or life insurance payments? YES ( )   NO (✓)
    D.  Gifts or inheritances?   YES ( )    NO (✓)
    E.  Any other sources?    YES ( )    NO (✓)



SCANNED

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

_____N/A_____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned.

   _____N/A_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value.

   _____N/A_____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.

   _____N/A_____

X _Clarence Waters_
Signature of Affiant

STATE OF ALABAMA     )
COUNTY OF _____ )

    Before me, a notary public in and for said County, in said State, personally appeared _____, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:
    That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

X _Clarence Waters_
Signature of Affiant

Sworn to and subscribed before me this 18TH day of _July_, ~~19~~ 2006

_____ OCT 2008
Notary Public

_Jefferson Co._ County, Alabama

OR

I declare under penalty of perjury that the foregoing is true and correct.
Executed on __July 11, 2006__.
                        (date)

x __Clarence Nater__
                Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $__57 91/6__ on account to his credit at the __William E. Donaldson__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ _____ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ _____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

**COPY FOR COURT ATTACHED**

_____
_____
_____

__[signature]__
Authorized Officer of Institution

DATE __July 12, 2006__

__Patricia H. Parson__
Notary

My Commission Expires __5/31/2008__

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
W.E. DONALDSON CORR. FACILITY

AIS #: 132116        NAME: WATERS, CLARENCE              AS OF: 07/12/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUL | 19 | $0.00 | $0.00 |
| AUG | 31 | $0.05 | $0.92 |
| SEP | 30 | $9.07 | $165.00 |
| OCT | 31 | $8.59 | $150.00 |
| NOV | 30 | $5.28 | $65.00 |
| DEC | 31 | $7.96 | $50.00 |
| JAN | 31 | $9.06 | $115.00 |
| FEB | 28 | $8.74 | $150.00 |
| MAR | 31 | $67.53 | $220.00 |
| APR | 30 | $28.58 | $120.00 |
| MAY | 31 | $16.64 | $140.00 |
| JUN | 30 | $22.54 | $30.00 |
| JUL | 12 | $44.48 | $120.00 |

**COURT COPY**