**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Warden Kenneth Jones
   Donaldson Correctional Facility
   100 Warrior Lane
   Bessemer, AL 35023

   06cv650

2. Article Number
   (Transfer from service label)

   7004 1160 0003 5811 2311

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature:
   X  Jodi Dunkling   ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)
   Jodi Dunkling

C. Date of Delivery
   8-16-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt

102595-02-M-1540