IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE WATERS, ) | |
| AIS #132116, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | 2:06-cv-00650-MEF-SRW |
| ) | |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**REQUEST FOR ADDITIONAL TIME
IN WHICH TO RESPOND**

COME NOW the Respondents in the above-styled cause, requesting an additional twenty-eight days in which to respond to this Court's August 14th, 2006, Order To Show Cause. The undersigned has been involved in other work, in the appellate courts, the circuit courts, and the federal district courts, to an extent that has not allow sufficient time in which to respond to the Court's Order within the time allotted.

WHEREFORE, in consideration of the foregoing reasons, Respondents request that the Court grant this request for 28-days additional time in which to respond in this case, making said response due on or before September 25, 2006.

I am, this date, mailing a copy of this request for an extension of time to the Petitioner.

                    Respectfully submitted,

                    Troy King (KIN047)
                    *Attorney General*
                    By:

                    <u>/s/ Stephen N. Dodd</u>
                    Stephen N. Dodd
                    *Assistant Attorney General*
                    ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Clarence Waters, AIS# 132116, Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, AL 35023.

                                                  **s/ Stephen N. Dodd**
                                                  Stephen N. Dodd (ASB-6492)
                                                  *Assistant Attorney General*
                                                  Attorney for Respondents
                                                  Alabama Attorney General's Office
                                                  11 South Union Street
                                                  Montgomery, AL 36130
                                                  Telephone: 334-242-7378
                                                  Fax:        334-242-2848
                                                  E-mail:   sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

173352/98801-001