IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE WATERS, AIS #132116, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 2:06-CV-650-MEF |
| ) | |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

## REQUEST FOR ADDITIONAL TIME
## IN WHICH TO RESPOND

COME NOW the Respondents in the above-styled cause, requesting an additional twenty-one days in which to respond to this Court's September 26, 2006 Order to Show Cause. The undersigned has been involved in other work, in the appellate courts, the circuit courts, and the federal district courts to an extent that has not allow sufficient time in which to respond to the Court's Order.

WHEREFORE, in consideration of the foregoing reasons, Respondents request that the Court grant this request for 14-days additional time in which to respond in this case, making said response due on or before October 25, 2006.

I am, this date, mailing a copy of this request for an extension of time to the Petitioner.

                                          Respectfully submitted,

                                          TROY KING (KIN047)
                                          *Attorney General*
                                          By:

                                          /s/ Stephen N. Dodd
                                          STEPHEN N. DODD
                                          *Assistant Attorney General*
                                          ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Clarence Waters, AIS #132116, Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, AL 35023-7299.

**s/ Stephen N. Dodd**
Stephen N. Dodd (ASB-6492)
*Assistant Attorney General*
Attorney for Respondents
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL 36130
Telephone: 334-242-7378
Fax:         334-242-2848
E-mail:     sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

180889/99102-001