IN THE UNITED STAESS DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CLARENCE WATERS

    PETITIONER

VS

KENNETH JONES

ET' AL
    RESPONDENTS

CIVIL ACTION NO: 2:06-CV-650-MEF

## PETITIONERS RESPONSE
## TO RESPONDENTS ANSWER

COMES NOW THE ABOVE STYLED PETITIONER CLARENCE WATERS AND FILES THIS HIS PETITIONERS RESPONSE TO RESDPONDENTS ANSWER DATED SEPTEMBER 25TH, 2006 AND IN SUPPORT OF SAME THIS PETITIONER WILL SHOW UNTO THIS HONORABLE COURT THE FOLLOWING TO WIT

1. ON AUGUST 14TH 2006 THIS HONORABLE COURT ENTERED A ORDER FOR THE RESPONDENTS TO SHOW CAUSE TO THE PETITIONERS PETITION FOR WRIT OF HABEAS CORPUS

2. THEN ON AUGUST 28TH 2006 THE RESPONDENTS FILED A REQUEST FOR ADDITIONAL TIME IN WHICH TO RESPOND TO THE PETITIONERS PETITION FOR WRIT OF HABEAS CORPUS

3. AND ON AUGUST 29TH 2006 THIS HONORABLE COURT ENTERED A ORDER GRANTING THE RESPONDENTS REQUEST FOR ADDITIONAL TIME TO WHICH TO RESPOND TO THE PETITIONERS PETITION FOR WRIT OF HABEAS CORPUS

4. THEN ON SEPTEMBER 25TH 2006 THE RESPONDENTS FILED THEIR ANSWER TO THE PETITIONERS PETITION FOR WRIT OF HABEAS CORPUS CONTENDING THE FOLLOWING (1) THAT THE PETITION FOR WRIT OF HABEAS CORPUS CLAIMS HAS NOT BEEN EXHAUSTED IN THE STATE COURTS. (2) THAT THE

PETITIONERS CLAIM IS BARRED BY THE STATUE OF LIMITATIONS OF 28 USC 2244 (D)

5. AND ON SEPTEMBER 26TH 2006 THIS HONORABLE COURT ENTERED A ORDER IN WHICH IT ORDERED THE RESPONDENTS TO FILE A SUPPLEMENTAL ANSWER IN WHICH THE RESPONDENTS SHALL FURNISH THIS HONORABLE COURT ON OR BEFORE OCTOBER 11TH 2006 WITH DOCUMENTS INCLUDING (1) THE RULE 32 PETITION FILED BY THE PETITIONER (2) THE RESPONSE TO THE RULE 32 PETITION FILED BY THE STATE (3) THE MOTION TO VACATE JUDGEMENT FILED BY THE PETITIONER (4) AND ALL DOCUMENTS FILED ON Appeal/FROM THE DENIAL OF THE RULE 32 PETITION (5) AND ALL RULINGS ISSUED BY THE STATE COURTS ADDRESSING THE ISSUE PRESENTED IN THE RULE 32 PETITION

6. <u>ARGUMENT</u>

THE PETITIONER CLARENCE WATERS ARGUES THAT THE RESPONDENTS WILLFULLY FAILED TO COMPLY WITH THIS HONORABLE COURTS ORDER DATED AUGUST 14TH 2006 SPECIFICALLY THE RESPONDENTS OMITTED EXHIBITS PERTAINING TO THE PETITIONERS STATE POST CONVICTION PETITION FILED BY THE PETITIONER ON DECEMBER 5TH 2005 AND FAILED TO ADDRESS THE IMPACT THAT THIS PETITION HAD ON THE ISSUE PENDING BEFORE THIS COURT

THE PETITIONER ARGUES FURTHER THAT THE RESPONDENTS CLEARLY ATTEMPTED TO MISLEAD THIS HONORABLE Court AS TO THE PROCEDURAL HISTORY OF THIS CASE BY CONTENDING THAT THE PETITIONERS PETITION FOR WRIT OF HABEAS CORPUS IS BARRED BY THE STATUTE OF LIMITAtions and that the claim RAISED THEREIN HAS NOT BEEN EXHAUSTED IN THE STATE COURTS

THE PETITIONER ARGUES THAT THE QUICK ACTIONS BY THIS HONORABLE COURT IN ITS FINDINGS OF ERROR COMMITTED BY THE RESPONDENTS LEADS THE PETITIONER TO BELIEEVE THAT THE RESPONDENTS ACTIONS CONSTITUTES A CLEAR DISREGARD FOR THE JUDICIAL CIRCUIT OF THIS HONORABLE COURT AND WILL NOT BE TOLERATED BY THIS HONORABLE COURT ACCORDINGLY THE PETITIONER ASK THAT THIS HONORABLE COURT INDULGE A STRONG PRESUMTION OF CORRECTNESS IN ANY FUTURE PLEADINGS OF THE RESPONDENTS

THE PETIOTIONER ARGUES THAT THE RESPONDENTS ANSWER DATED SEPTEMBER 25TH 2006 I.. A INCOMPLETE ANSWER AND THAT THIS COURT PERMIT THE PETITIONER TO FILE A RESPONSIVE RESPONSE TO THE RESPONDENTS SUPPLEMENTAL ANSWER

DONE THIS THE 19th DAY OF OCTOBER 2006

RESPECTFULLY SUBMITTED

/s/ Clarence Waters
CLARENCE WATERS
AIS#132116
WILLAIM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE
BESSEMER, ALABAMA  35023-7299

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE AND FORE GOING UPON THE FOLLOWING BY PLACING A COPY IN THE UNITED STATES MAIL POSTAGE PREPAID AND PROPERLY ADDRESSED THIS THE ___19th___ DAY OF OCTOBER 2006 AS FOLLOWS

CC: HONORABLE STEPHEN N. DODD
    ASSISTANT ATTORNEY GENERAL
    OFFICE OF THE ATTORNEY GENERAL
    CRIMINAL APPEALS DIVISION
    II SOUTH UNION STREET
    MONTGOMERY, ALABAMA  36130

RESPECTFULLY SUBMITTED

*Clarence Waters*
CLARENCE WATERS
AIS# 132116
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRTIOR LANE
BESSEMER, ALABAMA  35023-7299