IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CLARENCE WATERS

  PETITIONER

VS.

KENNETH JONES,
et, al.,

  RESPONDENTS

CIVIL ACTION NO: 2:06-CV-650-MEF

RECEIVED
2006 NOV -1  A 11:07
DEBRA P. H...
U.S. DIST...
MIDDLE DI...CT ALA

## MOTION TO COMPEL SERVICE

COMES NOW THE ABOVE STYLED PETITIONER "CLARENCE WATERS" AND FILES THIS HIS "MOTION TO COMPEL SERVICE" AND IN SUPPORT OF SAME THIS PETITIONER WILL SHOW UNTO THIS HONORABLE COURT THE FOLLOWING TO WIT

1. ON SEPTEMBER 25, 2006 THE RESPONDENTS FILED IT'S "ANSWER" TO THE PETITIONER'S "PETITION FOR WRIT OF HABEAS CORPUS" AND IN DOING SO, CONTENDED THAT THE PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS WAS BARRED BY THE STATUTE OF LIMITATIONS OF "28 USC 2244 (d)" AND FURTHER CONTENDED THAT SINCE THE PETITIONER TOOK NO DIRECT APPEAL, THE CLAIM RAISED BY THE PETITIONER WAS "PROCEDURALLY DEFAULTED"

2. THEN ON SEPTEMBER 26, 2006 THIS HONORABLE COURT ENTERED AORDER IN WHICH IT STATED THAT THE RESPONDENT'S HAD FAILED TO ACKNOWLEDGE THE STATE POST CONVICTION FILED BY THE PETITIONER PURSUANT TO RULE 32 A.R.CRIM.P. ON DECEMBER 5, 2005 AND HAD FAILED TO ADDRESS THE IMPACT SUCH PETITION HAD ON THE STATUTE OF LIMITATIONS, AND PROCEDURAL DEFAULT IN WHICH THE RESPONDENTS RELIED UPON TO PROCEDURALLY DISPOSE OF THE PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS, AND HAD FAILED TO SUPPLY THE COURT WITH COPIES OF RELEVANT STATE COURT RECORDS

THE COURT ORDERED THE RESPONDENT'S TO FILE A "SUPPLEMENTAL ANSWER" ON OR BEFORE OCTOBER II, 2006 WHICH SUCH ANSWER SHALL CONTAIN SUCH PORTIONS OF THE STATE COURT RECORD THAT ARE RELEVANT AND NECESSARY TO A DISPOSITION OF THE ISSUES PRESENTED BY THE PETITIONER

3. AND ON OCTOBER II, 2006 THE RESPONDENT FILED A REQUEST FOR ADDITIONAL TIME IN WHICH

SCANNED

I

TO RESPOND TO THE COURT ORDER DATED SEPTEMBER 26, 2006

4. THEN ON OCTOBER 17, 2006 THIS HONORABLE COURT ENTERED A ORDER GRANTING THE RESPONDENT'S A ADDITIONAL TIME TO INCLUDE OCTOBER 25, 2006 IN WHICH TO FILE IT'S "SUPPLEMENTAL ANSWER" AND EXHIBITS OF THE STATE COURT POST CONVICTION RULE 32 PETITION FILED BY THE PETITIONER.

5. AND ON OCTOBER 19, 2006 THE PETITIONER FILED HIS "PETITIONER'S RESPONSE TO RESPONDENT'S ANSWER" DATED SEPTEMBER 25, 2006 DEMOSTRATING THAT THE RESPONDENTS RELIANCE UPON THE STATUTE OF LIMITATIONS HAS BEEN FACTUALLY INCORRECT.

6. THEN ON OCTOBER 26, 2006 THIS HONORABLE COURT ENTERED A ORDER IN WHICH IT DIRECTED THE PETITIONER TO FILE A RESPONSE TO THE RESPONDENT'S "ANSWER" AND "SUPPLEMENTAL ANSWER" ON OR BEFORE NOVEMBER 15, 2006

7. THE PETITIONER CONTENDS THAT THE RESPONDENT'S HAVE NOT FULLY COMPLIED WITH THIS HONORABLE COURTS ORDER DATED SEPTEMBER 26, 2006 AS THE RESPONDENT'S HAVE NOT SERVED THE PETITIONER WITH A COPY OF IT'S "SUPPLEMENTAL ANSWER" OR ANY "EXHIBITS" IN ORDER FOR THE PETITIONER TO FULLY COMPLY WITH THIS HONORABLE COURTS ORDER DATED OCTOBER 26, 2006, AS SUCH THE PETITIONER REQUESTS THAT THIS HONORABLE COURT ENTER A ORDER DIRECTING THE RESPONDENT'S TO SERVE THE PETITIONER WITH A COPY OF IT'S "SUPPLEMENTAL ANSWER" AND ALL EXHIBITS SUBMITTED TO THIS HONORABLE COURT, AND AFTER SAME THAT THIS HONORABLE COURT ENTER A ORDER GIVING THE PETITIONER "AMPLE OPPERTUNITY TO FILE HIS RESPONSE TO THE RESPONDENT'S "SUPPLEMENTAL ANSWER" AND "EXHIBITS"

DONE THIS THE 30th DAY OF OCTOBER 2006

RESPECTFULLY SUBMITTED

*Clarence Waters*
CLARENCE WATERS
AIS# 132116
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE
BESSEMER, ALABAMA   35023-7299

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE AND FOREGOING UPON THE FOLLOWING BY PLACING A COPY IN THE UNITED STATES MAIL POSTAGE PREPAID AND PROPERLY ADDRESSED THIS THE 30th DAY OF OCTOBER 2006 AS FOLLOWS

CC: HONORABLE STEPHEN N. DODD
    ASSISTANT ATTORNEY GENERAL
    OFFICE OF THE ATTORNEY GENERAL
    ALABAMA STATEHOUSE
    II SOUTH UNION STREET
    MONTGOMERY, ALABAMA    36130

RESPECTFULLY SUBMITTED

*(signed)* Clarence Waters
CLARENCE WATERS
AIS# 132116
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE
BESSEMER, ALABAMA    35023-7299

4