Mr. Anacieto Pepper
#137 136 #81
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Alabama 35023-7299
Disciplinary Unit

Office of the Clerk
United States District Court
for the Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

2:06CV650

BIRMINGHAM AL 352
30 OCT 2006 PM 5 L

