IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE WATERS, #132116, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-650-MEF |
| ) | |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the petitioner on November 1, 2006 (Court Doc. No. 16), and for good cause, it is

ORDERED that:

1. The motion to compel be and is hereby GRANTED.

2. On or before November 13, 2006, the respondents shall (i) provide the petitioner with copies of their supplemental answer and attached exhibits filed on October 25, 2006, and (ii) file a notice with the court advising that they have undertaken the aforementioned action.

3. The petitioner be GRANTED an extension from November 15, 2006 to and including December 5, 2006 to file a response to the supplemental answer in compliance with the directives of the order entered on October 26, 2006 (Court Doc. No. 15).

Done this 2nd day of November, 2006.

                                              /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE