IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE WATERS, AIS # 132116, )<br>)<br>)<br>Petitioner, )<br>)<br>VS. )<br>)<br>)<br>KENNETH JONES, et al., )<br>)<br>Respondents. ) | CIVIL ACTION NO.<br>2:06-CV-650-MEF |

**RESPONSE TO COURT'S NOVEMBER 2, 2006 ORDER**

COMES NOW Respondents Jones, et al., showing the Court as follows:

1. On October 25, 2006, Respondents filed their *First Supplemental Answer*, mailing a copy to Petitioner Waters

2. On October 30, 2006, Petitioner Waters filed a *Motion to Compel Service* of Respondent Jones's *First Supplemental Answer*.

3. Some time between October 30, 2006, and November 2, 2006, the U. S. Mail delivered Respondent Jones's *First Supplemental Answer* to Petitioner Waters.

4. On November 2, 2006, Petitioner Waters mailed a *Response to Respondents's First Supplemental Answer* to both the Court, and to Respondents.

5. On November 2, 2006, the Court granted Petitioner Waters's *Motion to Compel Service*.

6. On November 6, 2006, Petitioner's *Response to Respondents's First Supplemental Answer* was filed in the United States District Court for the Middle District of Alabama.

WHEREFORE, PREMISES CONSIDERED, Respondents would show unto the Court that they have complied with the Court's November 2, 2006 *Order*.

Respectfully submitted,

Troy King (KIN047)
*Attorney General*
By:

/s/ Stephen N. Dodd
Stephen N. Dodd
*Assistant Attorney General*
ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Clarence Waters, AIS #132116, Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, AL 35023-7299.

                s/ Stephen N. Dodd
                Stephen N. Dodd (ASB-6492)
                *Assistant Attorney General*
                Attorney for Respondents
                Alabama Attorney General's Office
                11 South Union Street
                Montgomery, AL 36130
                Telephone: 334-242-7378
                Fax:         334-242-2848
                E-mail:    sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

202856/98801-001

3