IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CLARENCE WATERS

   PETITIONER

VS.          CASE NO: 2:06-CV-650-MEF

KENNETH JONES
et, al

   RESPONDENTS

RECEIVED 2006 NOV 22 A 9:38
DEBRA P. HACKETT, C.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PETITIONER'S RESPONSE
TO RESPONDENT'S NOVEMBER 13, 2006 RESPONSE

COMES NOW THE ABOVE STYLED PETITIONER "CLARENCE WATERS" AND FILES THIS HIS "PETITIONER'S RESPONSE TO RESPONDENT'S NOVEMBER 13, 2006 RESPONSE" AND IN SUPPORT OF SAME THIS PETITIONER WILL SHOW UNTO THIS HONORABLE COURT THE FOLLOWING TO WIT

1. ON NOVEMBER 2, 2006 THIS HONORABLE COURT ENTERED A ORDER IN WHICH IT DIRECTED THE RESPONDENT'S TO FURNISH THE PETITIONER WITH A COPY OF IT'S "SUPPLEMENTAL ANSWER" FILED ON OCTOBER 25, 2006 WITH ATTACHED EXHIBITS

2. THEN ON NOVEMBER 13, 2006 THE RESPONDENT'S FILED IT'S "RESPONSE TO COURTS NOVEMBER 2, 2006 ORDER" CONTENDING THAT THE RESPONDENT'S HAVE COMPLIED WITH THIS HONORABLE COURTS NOVEMBER 2, 2006 ORDER

3. THE PETITIONER CONTENDS THAT, THE RESPONDENT'S "SUPPLEMENTAL RESPONSE" WITH ATTACHED EXHIBITS "OMITS" ANY REFERENCE TO THE FOLLOWING, CONTAINED IN THE (RULE 32 PROCEEDINGS) IN THE CIRCUIT COURT   1) BRIEF AND ARGUMENT ON APPLICATION FOR REHEARING   2) PETITION FOR WRIT OF CERTIORARI TO THE ALABAMA SUPREME COURT   3) ALABAMA SUPREME COURTS DECISION ON PETITION FOR WRIT OF CERTIORARI

4. THE PETITIONER CONTENDS FURTHER THAT, THE RESPONDENT'S HAVE STILL FAILED TO COMPLY WITH THIS HONORABLE COURTS ORDER DATED NOVEMBER 2, 2006 BY "OMITTING" THE ABOVE REFERENCED EXHIBITS FROM IT'S "SUPPLEMENTAL ANSWER" DATED OCTOBER 25, 2006

I

5. THE PETITIONER CONTENDS THAT THE "OMITTED" DOCUMENTS WILL CLEARLY SHOW, THAT HE HAS IN FACT EXHAUSTED ALL STATE COURT REMEDIES IN THE (RULE 32 PROCEEDING) AND OF CLAIMS RAISED THEREIN.

WHEREFORE PREMISES CONSIDERED PETITIONER MOVES HIS HONORABLE COURT TO DIRECT THE RESPONDENT'S TO FULLY COMPLY WITH THIS HONORABLE COURTS ORDER DATED NOVEMBER 2, 2006 BY PROVIDING THIS HONORABLE COURT AND THE PETITIONER WITH COPIES OF THE ABOVE "OMITTED" DOCUMENTS.

DONE THIS THE 20th DAY OF NOVEMBER 2006

RESPECTFULLY SUBMITTED

*Clarence Waters*
CLARENCE WATERS
AIS# 132116  H-87
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE
BESSEMER, ALABAMA  35023-7299

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE AND FOREGOING UPON THE FOLLOWING BY PLACING A COPY IN THE UNITED STATES MAIL POSTAGE PREPAID AND PROPERLY ADDRESSED THIS THE 20th DAY OF NOVEMBER 2006 AS FOLLOWS

CC: HONORABLE STEPHEN N. DODD
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
ALABAMA STATEHOUSE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA   36130-0152

RESPECTFULLY SUBMITTED

CLARENCE WATERS
AIS# 132116  H-87
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE
BESSEMER, ALABAMA   35023-7299