IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE WATERS, #132116, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-650-MEF |
| | ) |
| KENNETH JONES, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon review of the response filed by the petitioner on November 22, 2006 (Court Doc. No. 21), and for good cause, it is

ORDERED that:

1. On or before December 11, 2006, the respondents shall provide the petitioner with copies of (i) petitioner's brief and argument on application for rehearing upon the appellate court's affirmance of the denial of his Rule 32 petition, (ii) petitioner's petition for writ of certiorari filed with the Alabama Supreme Court after denial of the application for rehearing, and (iii) the Alabama Supreme Court's decision denying the petition for writ of certiorari.

3. The petitioner be GRANTED an extension from December 5, 2006 to and including December 20, 2006 to file a response to the supplemental answer in compliance with the directives of the order entered on October 26, 2006 (Court Doc. No. 15).

Done this 27th day of November, 2006.

                                               /s/ Susan Russ Walker
                                             SUSAN RUSS WALKER
                                             UNITED STATES MAGISTRATE JUDGE