IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CLARENCE WATERS

    PETITIONER

Vs.

KENNETH JONES,
et, al

    RESPONDENTS

CIVIL ACTION NO: 2:06-CV-0650-MEF

RECEIVED
2006 DEC 15 A 9:40
DEBRA P. HAC[KETT]
U.S. DISTRIC[T]
MIDDLE DIST[RICT]

PETITIONER'S RESPONSE
TO RESPONDENT'S NOTICE OF ADDITIONAL EXHIBITS

COMES NOW THE ABOVE STYLED PETITIONER "CLARENCE WATERS" AND FILES THIS HIS "PETITIONER'S RESPONSE TO RESPONDENT'S NOTICE OF ADDITIONAL EXHIBITS" AND IN SUPPORT OF SAME THIS PETITIONER WILL SHOW UNTO THIS HONORABLE COURT THE FOLLOWING TO WIT

1. ON NOVEMBER 27, 2006 THIS HONORABLE COURT ENTERED A ORDER DIRECTING THE RESPONDENT'S TO PROVIDE THE PETITIONER WITH COPIES OF 1) PETITIONER'S BRIEF AND ARGUMENT ON APPLICATION FOR REHEARING UPON THE APPELLATE COURTS AFFIRMANCE OF THE DENIAL OF HIS RULE 32 PETITION 2) PETITIONER'S PETITION FOR WRIT OF CERTIORARI FILED WITH THE ALABAMA SUPREME COURT AFTER DENIAL OF THE APPELLANT'S APPLICATION FOR REHEARING AND 3) THE ALABAMA SUPREME COURTS DECISON DENYING THE PETITION FOR WRIT OF CERTIORARI

2. THE PETITIONER CONTENDS THAT THIS HONORABLE COURT ALSO DIRECTED THE PETITIONER TO FILE A RESPONSE TO THE RESPONDENT'S SUPPLEMENTAL ANSWER IN COMPLIANCE WITH THE DIRECTIVES OF THIS COURTS ORDER DATED OCTOBER 26, 2006 NO LATER THAN DECEMBER 20, 2006

3. THE PETITIONER CONTENDS THAT, ON NOVEMBER 2, 2006 THE PETITIONER FILED HIS "PETITIONER'S RESPONSE TO RESPONDENT'S SUPPLEMENTAL ANSWER" DATED OCTOBER 25, 2006 WELL WITHIN THE TIME SPECIFIED IN THIS HONORABLE COURTS ORDER DATED OCTOBER 26, 2006 OF (NOVEMBER 15, 2006)

4. ALTHOUGH THIS HONORABLE COURT DID NOT FURTHER DIRECT THE PETITIONER'S RESPONSE TO THE RESPONDENTS SUPPLEMENTAL RESPONSE UNTIL <ins>NOVEMBER 27, 2006</ins> SUCH RESPONSE HAD ALREADY BEEN FILED BY THE PETITIONER ON <ins>NOVEMBER 2, 2006</ins>

5. THE PETITIONER FURTHER CONTENDS THAT THE RESPONDENT'S <ins>"NOTICE OF ADDITIONAL EXHIBITS"</ins> FILED ON <ins>DECEMBER 11, 2006</ins> PROVIDED THE PETITIONER AS WELL AS THIS HONORABLE COURT WITH COPIES OF THE <ins>"OMITTED"</ins> EXHIBITS FROM THE RESPONDENT'S <ins>"SUPPLEMENTAL ANSWER"</ins> DATED <ins>OCTOBER 25, 2006</ins>

6. THE PETITIONER CONTENDS THAT THE RECORD IS NOW FULLY COMPLETE IN ORDER FOR THIS COURT TO ENTER A FULL AND FAIR <ins>"REPORT AND RECOMMENDATION"</ins> ON THE MERITS OF THE PETITIONER'S CLAIMS RAISED IN THE PRESENT PETITION FOR WRIT OF HABEAS CORPUS NOW BEFORE THIS HONORABLE COURT.

<ins>WHEREFORE PREMISES CONSIDERED</ins> PETITIONER MOVES THIS HONORABLE COURT TO FULLY REACH THE MERITS OF EACH CLAIM RAISED IN THE PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

DONE THIS THE 12th DAY OF DECEMBER 2006

RESPECTFULLY SUBMITTED

*Clarence Waters*
CLARENCE WATERS
AIS# 132116
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE
BESSEMER, ALABAMA  35023-7299

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE ABOVE AND FOREGOING UPON THE FOLLOWING BY PLACING A COPY IN THE UNITED STATES MAIL POSTAGE PREPAID AND PROPERLY ADDRESSED THIS THE 12th DAY OF DECEMBER 2006 AS FOLLOWS

CC: HONORABLE STEPHEN N. DODD
ASSISTANT ATTORNEY GENERAL
STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
ALABAMA STATEHOUSE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130

RESPECTFULLY SUBMITTED

/s/ Clarence Waters
CLARENCE WATERS
AIS# 132116
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE
BESSEMER, ALABAMA 35023-7299