Clarence Waters

2:06cv650-MEF

Kenneth L. Jones et al

PETITION FOR WRIT OF MANDAMUS DOCKETED IN ERROR AND HAS BEEN REMOVED FROM THE DOCKET

FILED 10/31/07