IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLARENCE WATERS, #132116,        )
                                 )
            Petitioner,          )
                                 )
      v.                         )        CIVIL ACTION NO.2:06-CV-650-MEF
                                 )
KENNETH L. JONES, *et al.*,      )
                                 )
            Respondents.         )

## ORDER

Upon review of the answers filed by the respondents, and as these pleadings fail to address the petitioner's claim that the sentence imposed upon him exceeds that authorized by law as the trial court improperly relied solely on the presentence investigation report to provide notice of petitioner's specific prior felony convictions on which the State relied for enhancement purposes, *Ex parte Cooper*, 632 So.2d 1344 (Ala. 1994), it is

ORDERED that on or before February 20, 2008 the respondents shall file a supplemental answer supported by relevant state court records addressing the petitioner's challenge to this sentence.

Done this 5th day of February, 2008.

 /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE