Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

February 21, 2008

**Appeal Number: 08-10306-B**
Case Style: In Re: Clarence Waters
District Court Number:  06-00650 CV-2

TO:   Clarence Waters (132116)

CC:   Debra P. Hackett

CC:   Troy King

CC:   Stephen N. Dodd

CC:   Hon. Susan Russ Walker

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 21, 2008

Clarence Waters (132116)
Donaldson CF
100 WARRIOR LN
BESSEMER AL 35023-7228

**Appeal Number: 08-10306-B**
Case Style: In Re: Clarence Waters
District Court Number: 06-00650 CV-2

The enclosed order has been entered. No further action will be taken in this matter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————————

No. 08-10306-B

———————————————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 2 1 2008

THOMAS K. KAHN
CLERK

Dist.Ct. Docket No. 06-00650-CV-2

IN RE:

CLARENCE WATERS,

Petitioner.

———————————————

On Petition for Writ of Mandamus to the
United States District Court for the
Middle District of Alabama

———————————————

**BEFORE:** BIRCH and DUBINA, Circuit Judges.

Clarence Waters seeks leave to file his mandamus petition in forma pauperis ("IFP"), requesting that this Court order the district court to rule on his petition for writ of habeas corpus, 28 U.S.C. § 2254. Because Waters has established his indigence and extended delay by the district court, his motion to proceed IFP is **GRANTED**. The petition for writ of mandamus is **DISMISSED** without prejudice to renewal if the district court does not rule on Waters's § 2254 petition within 45 days of this order.