IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLARENCE WATERS, #132116, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.2:06-CV-650-MEF |
| | ) | |
| KENNETH L. JONES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the response filed by the petitioner on February 28, 2008, and for good cause, it is

ORDERED that on or before March 7, 2008 the respondents shall file a supplement to their most recent answer which addresses the merits of the petitioner's claim that the trial court imposed an unauthorized sentence because it improperly relied on the presentence investigation report as *proof* of his prior felony convictions for purposes of enhancing his sentence under the Habitual Felony Offender Act. In support of this response, the respondents shall file relevant state court records which indicate the proof utilized by the State to establish petitioner's prior felony convictions at his May 12, 2005 sentencing.

Done this 28th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE