IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE WATERS, #132116, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.2:06-CV-650-MEF |
| ) | |
| KENNETH L. JONES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before March 12, 2008 the respondents shall file a supplement to their most recent answer which contains copies of the certified prior convictions on which the court relied for purposes of enhancing his sentence under the Habitual Felony Offender Act. .

Done this 7th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE