IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE WATERS, AIS # 132116, )<br>)<br>)<br>Petitioner, )<br>)<br>VS. )<br>)<br>)<br>KENNETH JONES, et al., )<br>)<br>Respondents. ) | CIVIL ACTION NO.<br>2:06-CV-650-MEF |

**REQUEST FOR ADDITIONAL TIME
IN WHICH TO RESPOND**

COME NOW the Respondents in the above-styled cause, requesting an additional fourteen days in which to respond to this Court's March 7, 2008 <u>Order to Show Cause</u>. As grounds, Respondents would show the Court the following:

1) Documentation of one of the prior felony convictions (Rape I) is in hand, and ready to be submitted. However, Respondents are still in the process of obtaining the documentation on the other prior conviction (Escape II).

2) Furthermore, the undersigned will be out-of-state during the period Sunday, March 9 through Wednesday, March 12, 2008 and, for that reason, unable to submit the documentation requested by the March 12, 2008 deadline.

WHEREFORE, in consideration of the foregoing reasons, Respondents request that the Court grant this request for 14-days additional time in which to respond in this case, making said response due on or before March 26, 2008.

I am, this date, mailing a copy of this request for an extension of time to the Petitioner.

Respectfully submitted,

TROY KING (KIN047)
*Attorney General*
By:


/s/ Stephen N. Dodd
STEPHEN N. DODD
*Assistant Attorney General*
ID #ASB-6492-D65S

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  <u>Clarence Waters, AIS #132116, Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, AL  35023-7299</u>.

        **s/ Stephen N. Dodd**
        STEPHEN N. DODD (ASB-6492-D65-S)
        *Assistant Attorney General*
        Attorney for Respondents
        Alabama Attorney General's Office
        11 South Union Street
        Montgomery, AL  36130
        Telephone:  334-242-7378
        Fax:           334-242-2848
        E-mail:       sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

390193/98801-001