IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE WATERS, AIS # 132116, ) | |
| ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 2:06-CV-650-MEF |
| ) | |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF ADDITIONAL EXHIBITS[1]

COME NOW the Respondents herein, giving notice of the filing of the following additional exhibits:

| | |
|---|---|
| Exhibit 12 | photocopy of the Butler County Circuit Court's original documentation of Waters's 1981 conviction for first-degree rape, certified on November 16, 2004; and |
| Exhibit 13 | photocopy of the March 10, 2008 original note of Debbie Hudson, Butler County Circuit Court Specialist, stating that the records of the Butler |

---

[1] **Respondents's Exhibit 8** is *still* in the process of being transcribed, and will be submitted under separate cover.

County Circuit Court contain no documentation of Waters's 1980 second-degree escape conviction.

Respectfully submitted,

TROY KING (KIN047)
*Attorney General*
By:


/s/ Stephen N. Dodd
STEPHEN N. DODD
*Assistant Attorney General*
ID #ASB-6492-D65S

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Clarence Waters, AIS #132116, Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, AL  35023-7299.

s/ Stephen N. Dodd
STEPHEN N. DODD (ASB-6492-D65-S)
*Assistant Attorney General*
Attorney for Respondents
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL  36130
Telephone: 334-242-7378
Fax:         334-242-2848
E-mail:     sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

393477/98801-001




# Offices of
# Ellen Brooks
### District Attorney
## Fifteenth Judicial Circuit of Alabama

**DARYL D. BAILEY**
CHIEF DEPUTY DISTRICT ATTORNEY

**CAROL BOONE**
ASSISTANT CHIEF DEPUTY DISTRICT ATTORNEY

**J. DARYL THOMPSON**
ADMINISTRATIVE ASSISTANT

**JERRY N. BLOODSWORTH**
CHIEF INVESTIGATOR

MONTGOMERY COUNTY COURTHOUSE
251 SOUTH LAWRENCE STREET
P.O. BOX 1667
MONTGOMERY, ALABAMA 36102-1667

(334) 832-2550
FAX (334) 832-1615

November 3, 2004

*11/5/04*
*CC 81-122*
*ordered from microfilm*

CIRCUIT COURT CLERK--ATTN CRIMINAL
BUTLER COUNTY CIRCUIT COURT
700 COURT SQ
GREENVILLE AL 36037

*Clarence Waters*
*0469.39*
*02/05 GJ*

PLEASE COVER DOCUMENTS WITH A COPY OF THIS LETTER.  THANKS.

RE:            *AKA:* CARTER, CLARENCE            2/05 GJ
ALIASES:
RACE/GENDER:   M/B
DOB:           11/09/55 – *11/10/55*
CHARGES:       SEX ASSLT- RAPE 1ST

ARRESTED BY:   BUTLER CO SO
ARREST DATE:   07/06/81

Dear Sir or Madam:

    I am writing to request a certified copy of the minute entry of all felony, theft, forgery and drug convictions of the above-named Defendant.

    The conviction records should include the following information:
1. Name of Defendant.
2. Court number.
3. Convicted charge.
4. Sentence.
5. Sentencing date.
6. ~~Presence of defense counsel or waiver.~~

    The records must be CERTIFIED and, if you are outside of Alabama, they must be EXEMPLIFIED.

    Your prompt attention to this request is appreciated.  Should you have any questions, please contact me immediately.

                                           Sincerely,
                                           ELEANOR I. BROOKS
                                           DISTRICT ATTORNEY
                                           By: LaShonda Palmer *LP*
                                           Records



STATE'S EXHIBIT 12

| State of Alabama<br>Unified Judicial System<br>Admin. Office of Courts<br><br>Form C-6 Rev 8/77 | CASE ACTION SUMMARY<br>(CRIMINAL) | Case Number<br>CC 81 122<br>ID  YR  Number |
|---|---|---|

IN THE __Circuit__ COURT OF __Butler__ COUNTY

| STATE OF ALABAMA vs. | Date of Birth | Distinguishing Features: |
|---|---|---|
| Defendant<br>Clarence Carter  2 P | Address | SSAN<br>Sex | Race | Eyes | Hair | Height | Weight |
| Employer | Address  Zip | Date War/Cap. Issued<br>6-28-81 | Date Committed to Jail<br>7-6-81 |
| | | Date Initial Appearance | Date Released on Bond |
| Case Number<br>CC-81-122 | Jury / Non-Jury | Date Arrested<br>7-6-81 | X Incarcerated / On Bond | Bond Amount | Bond Type & Sureties |
| Charges ☐Msd. ☒Fel. ☐App.<br>Rape, 1st degree | Prosecutor | Judge ID<br>0002 | Dt. Prelim. Hearing | |
| | Attorney<br><br>C. Poole III | | Dt. Y.O. Applic. | Dt. Probation Applic. |
| | | | Grand Jury No.<br>30 | Dt. Indictment<br>9-30-81 |
| | | | Dt. Arraignment | Plea |
| Arresting Officer:<br>Sanders, Worthington | ☐Municipal ☐State<br>☒County ☐Conservation | Dt. Trial | Dt. Sentenced |
| Complainant:<br>Bertha Crenshaw | Address | Dt. Appeal Filed | Appeal Bond Amt. |
| Additional Information And Remarks: | | Disposition | |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 3/31/82 | Cont |

I hereby certify that this is a true and correct copy of the Judge's Order rendered in the above styled cause. This 16 day of Nov 2004
Allen W. Stephenson
Circuit Clerk
RK

Ordered, _____ Attorney is retained and will represent defendant.

10/8/81  Defendant being found indigent, the Court appoints __Calvin Poole, III__ N-301
Attorney, to represent the defendant.

10/8/81  Defendant with counsel, being in open Court for arraignment, (the indictment information being read to defendant) (defendant waives reading of indictment information), then pleads:
_not guilty_  N-301

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 3/24/81 | Cont for setting    N-402 |

I hereby certify that this is true and correct copy of the Judge's Order rendered in the above styled cause. This 16 day of Feb 2004.
Allen W. Stephenson
Circuit Clerk

Defendant with counsel, at arraignment, files request to be tried as Youthful Offender, and investigation ordered.

Defendant with counsel, the Court having considered the investigation and evidence for the defendant, (denies the request) (grants the request) to be tried as a Youthful Offender.

Defendant with counsel, files an executed explanation of his constitutional rights and desire to plead guilty, and after colloquy for the record, the defendant pleads guilty to _____

12/9/81  Comes the District Attorney, Defendant and his counsel and this cause being set for trial, comes a jury of _James Richard Brown_ and eleven others, who being impanelled and sworn according to law, upon their oaths do say: "We, the Jury, find the Defendant _guilty of Rape in First Degree as charged in the indictment S/Jomes E. Richard Brown_."

Defendant with counsel being asked by the Court if he had anything to say why the judgment and sentence of the law should not now be pronounced on him, says nothing. N-343

12/9/81  It is the judgment of the law that defendant is guilty (as charged) _____); sentencing reserved pending receipt of pre-sentence investigation by Probation Officer. ~~Defendant continued under existing bond.~~ N-343

4/30/82  Defendant present with counsel (and pre-sentence investigation having been read and understood by the Court) it is the judgment and sentence of the law that defendant be sentenced to _30 years penitentiary_ N-433

Defendant applies for probation and it is ordered that (probation is not warranted) (probation is granted during good behavior for a term of _____ and on following additional terms and conditions: _____).

Defendant indicates his desire to appeal and being deemed indigent, _____, is appointed to represent the appellant on appeal.

Defendant being present with counsel gives notice of appeal and moves the Court to suspend sentence pending appeal. (Motion granted and appeal bond set at _____) (Motion refused and defendant ordered to begin serving sentence pending appeal).

| State of Alabama<br>Unified Judicial System<br>Form C-6 Rev 8/77 | CASE ACTION SUMMARY<br>(CRIMINAL) | Case Number<br>CC 81 122<br>ID YR Number |
|---|---|---|

IN THE **Circuit** COURT OF **Butler** COUNTY

STATE OF ALABAMA vs.

| Defendant<br>Clarence Carter | Address<br><br>Zip | Distinguishing Features:<br>SSAN<br>Sex \| Race \| Eyes \| Hair \| Height \| Weight |
|---|---|---|
| | | Date War/Cap. Issued: 6-28-81 \| Date Committed to Jail: 7-6-81 |
| Employer | Address | Date Initial Appearance \| Date Released on Bond |
| Case Number<br>CC-81-122 | Jury ☐ / Non-Jury | Date Arrested<br>7-6-81 | X Incarcerated / ☐ On Bond | Bond Amount | Bond Type & Sureties |
| Charges ☐Msd. ☒Fel. ☐App.<br>Rape, 1st degree | Prosecutor | Judge ID<br>0002 | Dt. Prelim. Hearing | |
| | Attorney<br>CP,3, appt | | Dt. Y.O. Applic. | Dt. Probation Applic. |
| | | | Grand Jury No.<br>30 | Dt. Indictment<br>9-30-81 |
| | | | Dt. Arraignment | Plea |

| Arresting Officer:<br>Sanders, Worthington | ☐ Municipal ☐ State<br>☒ County ☐ Conservation | Dt. Trial | Dt. Sentenced |
|---|---|---|---|
| Complainant:<br>Bertha Crenshaw | Address | Dt. Appeal Filed | Appeal Bond Amt. |
| Additional Information And Remarks: | | Disposition | |

DATE — ACTIONS, JUDGMENTS, CASE NOTES

| Date | Entry |
|---|---|
| 10/8/81 | CP code III appt |
| 10/8/81 | Waives reading of ind, pleads not guilty, waives right to plead. |
| 12/9/81 | J & V - Guilty as charged. Presen. inv. ordered. |
| 1-5-82 | Motion for new trial - affidavit in support. |
| 1-6-82 | State's answer to motion for new trial |
| 3-25-82 | Transcript |
| 3-26-82 | Motion for new trial denied |
| 3/26/82 | Sentence hearing Cont til 3/31/82 |
| 3/31/82 | Cont. |
| 4/30/82 | Sentencing. Sent to 20 yrs |

"I hereby certify that this is true and correct copy of the Court CAS rendered in the above styled cause. This 16 day of Nov 2004
Allen W. Stephenson
Circuit Clerk"

Court Record - White

State Transcript C&I No. 62.

## TRANSCRIPT OF MINUTES

THE STATE OF ALABAMA  
__BUTLER__ COUNTY  THE CIRCUIT COURT OF __BUTLER__ COUNTY

No. CC 81 122

THE STATE vs.                           INDICTMENT FOR

Clarence Carter                          Rape 1st°

This the __9__ day of __December__, 19__82__, came __John A. Taber, Asst. Dist. Att'__ ~~Solicitor~~ who prosecutes for the State of Alabama, and also came the defendant in __his__ own proper person and by __his__ attorney, Calvin Poole III, and the said defendant being duly arraigned upon said indictment, for his plea thereto, says that (__he__) is/~~is not~~ guilty of __Rape 1st°__ _____ as charged in the __Grand Jury__ indictment. __12/9/81 After hearing the evidence and arguments, the jury says, "We, the Jury, find the Defendant guilty of Rape in the First Degree as charged in the indictment." s/James Richard Branum, Foreman__

And on this the __30__ day of __April__, 19__82__, the said defendant being now in open Court and being asked by the Court if __he__ had anything to say why the judgment of the Court and the sentence of the law should not now be pronounced upon __him__ says nothing. It is therefore considered by the Court and it is the judgment of the Court that the defendant is guilty as charged in the __Grand Jury__ indictment and it is the sentence of the law that the said defendant, the said __Clarence Carter__ be imprisoned in the PENITENTIARY of the State of Alabama for a term of __20__ years.

I hereby certify that this is true and correct copy of the __Minute Transcript__ rendered in the above styled cause. This __16__ day of __Oct__ 2004

Allen W. Stephenson  
Circuit Clerk

# BUTLER COUNTY CIRCUIT CLERK
## P. O. BOX 236
## GREENVILLE, ALABAMA 36037
## 334-382-3521

March 10, 2008

**FROM:** Allen W. Stephenson, Clerk
**TO:** Steve Dodd
**RE:** Clarence Waters – Escape 2nd

---

I spoke to Jason Watson in your office and he requested certified copies of an Escape 2nd conviction for the above named defendant in 1990. I apologize for not checking prior to ending my phone conversation with Mr. Watson. Upon checking I can find no record in Butler County. If you will contact me again and provide more information, I will be happy to assist you.

Debbie Hudson
Court Specialist

/dh

Steve Dodd
Alabama State Attorney General Office
11 S. Union St
Montgomery, AL 36130



STATE'S EXHIBIT
13