IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE WATERS, #132116, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.2:06-CV-650-MEF |
| ) | |
| KENNETH L. JONES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before March 21, 2008 the respondents shall file a supplement to their most recent answer which contains copies *from the state court file of petitioner's stalking conviction* of all documents relevant to the prior convictions on which the court relied for purposes of enhancing his sentence under /the Habitual Felony Offender Act. At the sentencing hearing, the petitioner agreed to two prior felony convictions for enhancement purposes. The respondents shall include copies of all information from the state court record that identifies these convictions and the notice provided to petitioner regarding such convictions.

Done this 18th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE