IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLARENCE WATERS, AIS # 132116, )
                                                 )

            )

     Petitioner,          )

            )

VS.                        )        CIVIL ACTION NO.

            )         2:06-CV-650-MEF

            )

KENNETH JONES, et al.,       )

            )

     Respondents.       )

## FOURTH SUPPLEMENTAL ANSWER

### I.

### Facts and Proceedings in State Courts (continued)

1.2  When Waters entered his guilty plea to stalking on March 24, 2005, he admitted two prior felony convictions -- one for first degree rape, and one for second-degree escape.  [See **Respondents's Exhibit 8**]  At the time of his conviction on the second-degree escape charge, Waters's name was Clarence *Carter*.  [See **Respondents's Exhibits 14[1], 15**]

---

[1] **Respondents's Exhibit 14** was requested from the Butler County Circuit Clerk's Office on or about March 18, 2008, and will be submitted to the Court as soon as it is received by counsel for Respondents.

## III.

### Respondents' defenses (continued)

5.4 Respondents deny that Waters's sentence is illegal because the State's proof of his (Waters's) prior felony convictions was inadequate. Not only did Waters, aka *Carter*, admit his two prior felony convictions at the time of sentencing, but he also admitted them at the time he entered his guilty plea. [See **Respondents's Exhibit 15**] Method of proof of prior felony convictions, for the purpose of sentence enhancement under the Alabama Habitual Felony Offender Act ("AHFOA"), is a matter of state law. *See, e.g.,* Burk v. Dretke, 2003 WL 22364421, at *4 (N. D. Tex. 2003) Because it is not cognizable on federal habeas corpus review, any claim that Waters, aka *Carter*, may seek to raise here concerning inadequacy of the State's method of proof of his prior felony convictions fails to rise to the level of a constitutional claim. *See* Petty v. McNeil, 2008 WL 540775, at *5 (M. D. Fla. 2008), *citing* 28 U.S.C. Section 2254(a), Estelle v. McGuire, 502 U. S. 62, 67 (1991).

## V.

### Exhibits (continued)

17. The following exhibits are, or will be, filed herewith:

Exhibit 14                 documentation of Waters's, aka *Carter's*, Butler
                           County second-degree escape conviction;

2

Exhibit 15                    Waters's, aka *Carter's*, <u>Parole Certificate</u> relating to his second-degree escape conviction;

Exhibit 16                    transcript of the stalking guilty plea hearing held on March 24, 2005 in <u>State v. Waters</u>, CC 05-0275 (Montgomery County Circuit Court); and,

Exhibit 17                    the complete court file of Waters's, aka *Carter's* , Montgomery County stalking conviction in <u>State v. Waters</u>, CC 05-0275 (Montgomery County Circuit Court), containing any and all[2] documentation of the notice and/or proof of Waters's, aka *Carter's,,*  prior felony convictions presented to the court in connection with the proceedings.

WHEREFORE, PREMISES CONSIDERED, this Court should deny the petition and the relief requested herein by Waters, aka *Carter*.

Respectfully submitted,

TROY KING (KIN047)
*Attorney General*
By:


/s/ Stephen N. Dodd
STEPHEN N. DODD
*Assistant Attorney General*
ID #ASB-6492- D65S

---

[2] All notices and evidence presented by the State of Alabama in connection with Waters's Montgomery County stalking conviction, relative to the notice and/or proof of Waters's prior felony convictions, is contained within the pages that make up **Exhibit 17**.  Anything not contained within these pages was not introduced at the proceedings relative to Waters's stalking conviction in <u>State v. Waters</u>, CC 05-0275 (Montgomery County Circuit Court), and will, therefore, be impossible for Respondents's to produce.

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Clarence Waters, AIS #132116, Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, AL  35023-7299.

s/ Stephen N. Dodd
STEPHEN N. DODD (ASB-6492-D65S)
*Assistant Attorney General*
Attorney for Respondents
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL  36130
Telephone:  334-242-7378
Fax:          334-242-2848
E-mail:       sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

396069/98801-001



# State Board of Pardons and Paroles

Montgomery, Alabama

# Certificate of Parole

KNOW ALL MEN BY THESE PRESENTS:

It having been made to appear to the Alabama State Board of Pardons and Paroles that

_____Carter, Clarence #132,116_____

is eligible to be PAROLED, and that there is a reasonable probability that said prisoner WILL REMAIN AT LIBERTY WITHOUT VIOLATING THE LAWS, and it being the opinion of the said State Board of Pardons and Paroles that the release of this prisoner is not incompatible with the welfare of society, and it appearing further that the Board is satisfied that this prisoner will not become a public charge on release, but will be suitably employed at ___Mr. Eugene Hudson,___ ___212 W. Perry Street, Greenville, AL_____,

and will live at ___Lot# 60, 201 Pineapple Hwy. Greenville, AL_____,

and shall continue in the same until he obtains the permission of his Parole Officer to make a change. He shall go directly to ___Greenville___ and report immediately upon arrival to his Parole Officer at ___109 North Oliver Street_____.

It is therefore ORDERED that said prisoner be, and is, hereby paroled pending good behavior under supervision subject to the specific conditions of parole listed on the reverse side of this Order.

In witness whereof this Certificate bearing the seal of the State Board of Pardons and Paroles is issued this the ___12th___ day of ___February___ 19 90 .

By Order of:

STATE BOARD OF PARDONS AND PAROLES

_____
Executive Director

STATE'S EXHIBIT 15
PENGAD 800-631-6989

## STATEMENT OF CONDITIONS UNDER WHICH PAROLE IS GRANTED

This Certificate of Parole shall not become operative until the following Conditions are agreed to by the prisoner, and violation of any of these Conditions may result in revocation of Parole.

1. I shall report immediately to the Parole Officer under whose supervision I am paroled by personal visit.

2. I shall not change my residence or employment or leave the State without first getting the consent of my Parole Officer.

3. I shall, between the first and third days of each month, until my release from parole, make a full and truthful report to my Parole Officer in writing.

4. I shall not use narcotic drugs, or frequent places where intoxicants or drugs are sold, dispensed, or used unlawfully.

5. I shall avoid injurious habits and shall not associate with persons of bad reputation or harmful character.

6. I shall in all respects conduct myself honorably, work diligently at a lawful occupation, and support my dependents to the best of my ability.

7. I shall not violate any law.

8. I hereby waive all extradition rights and process and agree to return when the State Board of Pardons and Paroles directs at any time before my release from parole.

9. I shall promptly and truthfully answer all inquiries directed to me by the State Board of Pardons and Paroles and my Parole Officer and allow that Officer to visit me at my home, employment site or elsewhere, and carry out all instructions my Parole Officer gives.

10. If at any time it becomes necessary to communicate with my Parole Officer for any purpose and that Officer is not available, I shall contact the State Board of Pardons and Paroles.

11. I shall not marry without first seeking the advice and counsel of my Parole Officer.

12. Immediately upon release from the service of sentence in _____ and if prior to _____ , I will report directly to the State Board of Pardons and Paroles, 750 Washington Avenue, Montgomery, AL 36130, either by telephone, correspondence or in person.

13. I shall pay twenty dollars ($20.00) per month to the State Board of Pardons and Paroles as required by law.

14. I shall not own, possess or have under my control a firearm or ammunition of any kind, nor any other deadly weapon or dangerous instrument as defined by Alabama law.

15. I shall participate in alcoholic, drug treatment, or other therapeutic programs when instructed to do so by my Parole Officer.

16. I shall pay $ _____ Restitution as ordered by the sentencing court or the State Board of Pardons and Paroles.

17. I shall make myself available for searches and/or tests when ordered by my parole officer including but not limited to, Urinalysis, Breathalizer, and blood samples and/or search of my residence, vehicle, or any property under my control.

I hereby certify that this Statement of Conditions of Parole have been read and explained to the Parolee.

This 12th day of Feb 19 80

_____
Member of Board or Warden

RECEIVED
FEB 28 1980
STATE BOARD OF
PARDONS AND PAROLES

_____
Signature of Parolee

501 Pineapple Hwy. Greenville, Al.
(Give full address at which you can be reached)

1                   STATE OF ALABAMA

2     IN THE CIRCUIT COURT FOR THE COUNTY OF MONTGOMERY

3              FIFTEENTH JUDICIAL CIRCUIT

4  STATE OF ALABAMA,

5        v.                CC-05-275

6  CLARENCE WATERS,

7        Defendant.

8  _____/

9

10    COURT REPORTER'S OFFICIAL TRANSCRIPT OF PROCEEDINGS

11

12

13  Before:

14

15           Hon. Tracy McCooey,

16            Thursday, March 24, 2005

17              8:15  a.m.

18  APPEARANCES:

19

20       For the State:

21          Mike Graves, Esq.
            Assistant District Attorney

22       For the Defendant:

23          Raymond Johnson, Esq.

24  Carol Bush
25  Official Court Reporter

PENGAD 800-631-6989

STATE'S
EXHIBIT
16

1

1

<u>INDEX</u>

<u>Page</u>

Plea –                                         3

Reporter's Certificate of Completion –        9

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      THE COURT:  This is CC-05-275.  Mr. Waters is

2             here to enter a plea of guilty to stalking;

3             is that correct?

4      THE DEFENDANT:  Yes, ma'am.

5      THE COURT:  Have you discussed with your

6             attorney, Mr. Johnson, about what you

7             did in this case?

8      THE DEFENDANT:  Yes, ma'am.

9      THE COURT:  Okay.  This is an Explanation

10           of Rights Form.  Is that your

11           signature on that form?

12      THE DEFENDANT:  Yes, ma'am.

13      THE COURT:  Okay.  Mr. Graves, any priors

14           in this case?

15      MR. GRAVES:  There are two priors we

16           stipulate to.  A rape and escape.

17      THE COURT:  Okay.  Two priors.

18            And did y'all have any sentencing

19           agreement in this case?

20      MR. GRAVES:  Nothing except the state would

21           not --

22      THE COURT:  All right.  Mr. Waters, you

23           understand you are stipulating to two

24           priors.  Which means the sentencing

25           range is going to be ten years to life

1    in the Department of Corrections and a

2    fine.

3      Do you understand that?

4  THE DEFENDANT:  Yes, ma'am.

5  THE COURT:  Okay.  Now the state agrees to

6    remain silent at sentencing.  And we

7    are going to get a presentence report

8    and see what we have going on.

9     Did anyone promise you anything to

10    get you to plead guilty?

11  THE DEFENDANT:  No, ma'am.

12  THE COURT:  Anyone threaten you in any way

13    to get you to plead guilty?

14  THE DEFENDANT:  No, ma'am.

15  THE COURT:  Did anyone tell you hey, go up

16    there and tell her you are guilty?

17  THE DEFENDANT:  No, ma'am.

18  THE COURT:  Did any one tell you if you

19    don't plead guilty and you have a jury

20    trial and you are found guilty, then

21    you get a harder sentence?

22     Did anybody tell you that?

23  THE DEFENDANT:  No, ma'am.

24  THE COURT:  You understand, Mr. Waters, you

25    don't have to plead guilty to

1          anything, but if you want a jury trial

2          you are entitled to one.

3             Do you understand that?

4    THE DEFENDANT:  Yes, ma'am.

5    THE COURT:  And Mr. Johnson here can select

6          12 members from Montgomery County to

7          try your case.  He can call witnesses

8          on your behalf and he can

9          cross-examine any witnesses that

10         Mr. Graves might call.

11           Do you understand that?

12    THE DEFENDANT:  Yes, ma'am.

13    THE COURT:  You can tell a jury what

14         happened in this case if you wanted

15         to, but nobody could force you to if

16         you didn't want to.

17           Do you understand that?

18    THE DEFENDANT:  Yes, ma'am.

19    THE COURT:  If that jury found you guilty

20         you could appeal that decision.  If

21         you could not afford an attorney, one

22         would be appointed for you and a copy

23         of the transcript will be provided to

24         you.

25           Do you understand that?

1    THE DEFENDANT:  Yes, sir.

2    THE COURT:  Okay.  At this time,

3         Mr. Waters, if you will raise your

4         right hand, please.

5              (Defendant was sworn in by the

6              Court.)

7    THE COURT:  Okay.  Put your hand down.

8         You want to ask questions,

9         Raymond?

10                   CLARENCE WATERS

11    was previously sworn, testified as follows:

12                 DIRECT EXAMINATION

13    BY MR. JOHNSON:

14         Q.    Clarence, you work in Montgomery; is that

15    correct?

16         A.    Yes, sir.

17         Q.    Where did you work?

18         A.    (Inaudible).

19         Q.    There was an older lady that worked there that

20    you were interested in?

21         A.    Yes, sir.

22         Q.    And it turned out that she was married to

23    someone?

24         A.    Yes, sir.

25         Q.    Did you watch her at work and did you make some

```
 1   phone calls to her?
 2        A.   I did.
 3        Q.   Make some repeated phone calls to her?
 4        A.   I did.
 5        Q.   Did you try to get her to have sex with you?
 6        A.   I did.
 7        Q.   Did you threaten her over the phone if she
 8   didn't something could happen to her?
 9        A.   I did.
10        Q.   And several phone calls were made?
11        A.   Yes, they were.
12        Q.   And was she afraid to return to work?
13        A.   I think so.
14             THE COURT:  Okay.  That was all here in
15                  Montgomery.
16             MR. JOHNSON:  That was here in Montgomery
17                  County.
18             THE COURT:  All right.  Any issues you need
19                  to reserve for appeal?
20             MR. JOHNSON:  No, sir.
21             THE COURT:  Mr. Waters, how do you plead to
22                  stalking?
23             THE DEFENDANT:  I plead guilty.
24             THE COURT:  The court finds you guilty.
25                  Set sentencing for May 12.
```

1        And we are going to get you

2   applied for presentence report.

3        I will see you back on that date

4   to sentence you.

5        (All proceedings ended March 24,

6      2005 at 8:22.)

1                    C E R T I F I C A T E

2     STATE OF ALABAMA)

3     COUNTY OF MONTGOMERY)

4

5          I hereby certify that the above and foregoing

6     transcript was taken down by me in stenotype and the

7     questions and answers thereto were transcribed by means of

8     computer-aided transcription, and that the foregoing

9     represents a true and correct transcript of the testimony

10    given by said witnesses upon said hearing.

11         I further certify that I am neither of

12    counsel, nor of kin to the parties to the action, nor am

13    I in anywise interested in the result of said cause.

14

15         Dated this the 20th of March, 2008.

16

17

18         Carol K. Bush

19            Court Reporter

20

21

22

23

24

25

```
ACRO372              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2005 000275.00
OPER: DBH                    CASE ACTION SUMMARY
PAGE:   1                    CIRCUIT   CRIMINAL                RUN DATE: 02/23/2005
================================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                    JUDGE: TSM

STATE  OF  ALABAMA               VS      WATERS CLARENCE
                                         257 CRENSHAW ROAD
CASE: CC 2005 000275.00
                                         GREENVILLE, AL  36037 0000

DOB: 11/10/1955        SEX: M  RACE: B  HT: 6 02    WT: 215    HR: BLK EYES: BRO
SSN: 424782161  ALIAS NAMES: CARTER CLARENCE
================================================================================
CHARGE01: STALKING              CODE01: STAL  LIT: STALKING        TYP: F #: 001
OFFENSE DATE: 10/28/2004                AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                       DATE ARRESTED: 11/02/2004
DATE    INDICTED: 02/18/2005            DATE    FILED: 02/23/2005
DATE    RELEASED:                       DATE  HEARING:
BOND      AMOUNT:     $100,000.00            SURETIES:

DATE 1:              DESC:              TIME: 0000
DATE 2: 03/08/2005   DESC: ARRG         TIME: 0200 P

TRACKING NOS: GJ 2005 020201 00  /                        /

   DEF/ATY: JOHNSON RAYMOND E         TYPE: R                     TYPE:
            640 S. MCDONOUGH ST.

            MONTGOMERY       AL 36104                       00000

PROSECUTOR:
```
*April 18*
```
================================================================================
OTH CSE: GJ200502020100 CHK/TICKET NO: 2004F-1879      GRAND JURY: 201
COURT REPORTER: _____      SID NO:    000697954
DEF STATUS: JAIL                    DEMAND:                         OPER: DBH
================================================================================
DATE       ACTIONS,  JUDGEMENTS,  AND  NOTES
```

| 3/8/05 | Def. appeared for arraignment. A Status Conf. is set for April 14, 2005 @ 8:00 a.m. Trial shall be conducted on April 18, 2005 @ 9:00 a.m. *TSM* |

STATE OF ALABAMA
MONTGOMERY COUNTY
    I, Melissa Rittenour, Clerk of the Circuit
Court of Montgomery County, hereby certify
that the within is a true and correct copy of
the _Summary_
on file in said office.
    Witness my hand and the seal of said
Court is hereto affixed this the _18_
day of _March_ 20 _08_
_Melissa Rittenour_
Clerk Circuit Court

STATE'S
EXHIBIT
_17_

PENGAD 800-631-6989

| State of Alabama | CASE ACTION SUMMARY (CONTINUATION) | Case Number |
|---|---|---|
| Unified Judicial System | **SENTENCING ORDER** | CC - 05-279 |

STATE OF ALABAMA v. *Clarence Waters*    Page No. _____ of _____ Page

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|

## Sentencing Order

The defendant and counsel, and counsel for the State of Alabama appeared in open court for the defendant to be sentenced on his/her conviction of _Stalking_ _____

## Habitual Felony Offender

The defendant has been given reasonable notice that the State intended to move the Court to sentence the the defendant under the provisions of — 13A-5-9 and 10, *Code of Alabama. 1975.*

The State's motion to sentence the defendant pursuant to the Habitual Felony Offender Act is

___X___ granted; _____ denied. The Court finds the defendant has ___X___ prior convictions:

_2 priors_

## Sentence

The defendant waived a sentencing hearing.

The Court conducted a sentencing hearing.

A pre-sentence report was requested by the defendant and considered by the Court.

The defendant waived a pre-sentence investigation and report.

The Court asked the defendant if he/she had anything to say why the sentence of law should not be imposed against him/her, and: ___X___ the defendant having had his/her say; _____ the defendant had nothing to say, it is ORDERED as follows:

The defendant is sentenced to the custody of the Commissioner of the Department of Corrections for a period of: ___30___ year(s), and _____ month(s), _____ day(s); _____ his/her life; _____ his/her life without parole.

The defendant is sentenced to the custody of the Sheriff of Montgomery County, Alabama, for a period of: _____ year(s), _____ month(s), _____ day(s).

The defendant is sentenced to the custody of the Warden of the Montgomery City Jail for a period of: _____ year(s), _____ month(s), _____ days(s).

The defendant is fined the sum of $_____.

The defendant is fined the sum of $_____ for the Mandatory Drug Demand Reduction Assessment Act Fine.

Defendant's Driver's License is suspended for a period of _____

Y.O.A.

Frank Lee Youth Center is recommended.

The counts in this sentence shall run concurrent with the sentence(s) imposed in _all other counts_

The defendant shall pay restitution in the amount of $ _487.40_

The defendant shall pay the costs of this case.

The defendant shall pay the Alabama Crime Victims Compensation Commission, the sum of $ _50_

The defendant shall pay $100.00 fine to the Department of Forensic Sciences.

One-half of all monies earned by the defendant while in the Department of Corrections shall be withheld to pay Court-Ordered monies.

The defendant shall reimburse the State of Alabama the costs of his/her appointed counsel in the amount of $ _____.

The payment of Court-ordered monies shall be a condition of parole, early release, S.I.R., or work release.

The defendant was advised of his/her rights of appeal.

(Page 1, back)

STATE OF ALABAMA v.

CASE NO. CC - _____

Page No. _____ of _____ pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|--------------------------------|

## *Sentence Suspended*

The defendant's sentence is suspended, and the defendant is placed on:

_____ court-supervised probation for a period of _____

_____ unsupervised probation for a period of _____

_____ supervised probation for a period of _____

## *Split Sentence*

_____ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____, however, as a first condition of probation, the defendant shall serve: _____ a period of _____ in the custody of the Commissioner of the Department of Corrections; _____ a period of _____ in the custody of the Sheriff of Montgomery County, Alabama; _____ a period of _____ in the custody of the Warden of the Montgomery City Jail. At the end of the defendant's incarceration, he/she shall be transported back to this Court for the imposition of further terms and conditions of probation.

_____ Before being delivered into the custody of the Commissioner of the Department of Corrections, the defendant shall be transported to the Substance Abuse Unit at Bryce State Hospital for treatment. When the defendant has received the maximum benefit of his treatment, he/she shall be delivered into the custody of the Commissioner of the Department of Corrections to serve the period of his/her incarceration.

## *Split Sentence -- Boot Camp*

_____ The defendant's sentence is suspended, and he is placed on supervised probation for a period of _____, however, as the first condition of his probation, the defendant shall serve up to 180 days in the custody of the Commissioner of the Department of Corrections and he shall successfully complete the Disciplinary, Rehabilitation Program. If the defendant successfully completes the program, he shall be returned to this Court for the imposition of further terms and conditions of probation. If the defendant does not successfully complete the program, he shall remain in the custody of the Commissioner of the Department of Corrections for a period of _____.

## *Split Sentence -- Substance Abuse Treatment Only*

_____ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____. As a first condition of the probation, the defendant shall be transferred to the Substance Abuse Unit at Bryce Hospital for treatment. When the defendant has received the maximum benefit of his/her treatment, the defendant shall be returned to this Court for the imposition of further terms and conditions of probation.

## *Reverse Split Sentence*

_____ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____, however, as a first condition of probation, the defendant shall serve: _____ a period of _____ in the custody of the Commissioner of the Department of Corrections; _____ a period of _____ in the custody of the Sheriff of Montgomery County, Alabama; _____ a period of _____ in the custody of the Warden of the Montgomery City Jail. The period of the defendant's incarceration is postponed for a period of _____ months/years. On _____ (date) the defendant shall appear before this Court and show cause, if any he/she has, why the period of incarceration should be postponed indefinitely.

CC-05-275

| State of Alabama<br>Unified Judicial System<br><br>Rev. 8/01 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br><br>CC- D4-3n1 |
|---|---|---|

Style:

**CITY OF MONTGOMERY** v. _Clarence Walker_

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-28-05 | _bond hearing - Court reduced bond to $30,000 = Def. to stay away from victim live in Prattville at work full time_ |
| 2-14-05 | _Court had a hearing on dfy's Motion to Withdraw guilty plea. Court denie Motion_ |

ACR0369  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2005 000275.00
JUDGE ID:  TSM

STATE OF ALABAMA                    VS    WATERS CLARENCE

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| 06/01/05 | Motion to withdraw Guilty Plea |
| 18 may 05 | Denied D's Motion to reconsider sentence |
| 7 Jun 05 | Granted Raymond Johnson's Motion to withdraw |
| 6-16-15 | Cont of Split Hearing for June 23rd at 8:00 am |
| 6/23/05 | Hearing is Cont'd to July 14, 2005 @ 8:00 a.m.  TSM |
| 7-21-05 | Notice of Appeal + Motion To Appt Atty (no forms) |
| 7-28-05 | Clerk's Notice of Appeal To Crm App, AG, DA, Ct. Reptr, + Def. (forms mailed to Def.) |
| 08/02/05 | Order Appointing Debra Palmer as appellate counsel |
| 08/24/05 | Cert. of Final Judgment of Dismissal |

GJ No: 2/14/2005-201

CC NO. _____

QS-275   75m

**THE STATE OF ALABAMA**

v.

Clarence Waters, alias
Clarence Carter, alias; Slim Carter, alias;
black/M DOB:11/10/1955 Ht:6'02" Wt:215

257 Crenshaw Road, Greenville AL 36037

SID No. AL00597954 Arrest Date 12/29/2004

STALKING(x1)

**A TRUE BILL.**

_C. Taylor_ (signature)
Foreperson of Grand Jury

**BAIL IN THIS CASE IS FIXED AT**
$100000

(signature)
Judge of Circuit Court of Montgomery County

Presented in open court by the Foreperson of
the Montgomery County Grand Jury in the
presence of __17__ other members of the
Grand Jury and filed this __18th__ day

of ___Feb___, 2005.

_Melissa Rittenour_ (signature)

Circuit Court Clerk

**WITNESSES**

Timothy Bedgood
2269 Eastern Blvd., Montgomery AL 36117

Alan Bond
4684 Ray Drive, Montgomery AL 36109

Katie Bond
4684 Ray Drive, Montgomery AL 36109

N T Buce
Montgomery Police Department, 320 N Ripley Street,
Montgomery AL 36104

J L Davis
Montgomery Police Dept. 320 N. Ripley St, Montgome
AL 36104

M D Hall
Montgomery Police Department, 320 N Ripley Street,
Montgomery AL 36104

William Miller
4421 Pepper Ave., Montgomery AL 36109

Carolyn Nolen
6918 Bluegrass Stakes, Montgomery AL 36117

# THE STATE OF ALABAMA
## MONTGOMERY COUNTY

Circuit Court of Montgomery County, February 2005

COUNT I: THE GRAND JURY OF MONTGOMERY COUNTY CHARGE THAT, BEFORE THE FINDING OF THIS INDICTMENT,

> Clarence Waters, alias
> Clarence Carter, alias
> Slim Carter, alias

WHOSE NAME IS OTHERWISE UNKNOWN TO THE GRAND JURY, DID INTENTIONALLY AND REPEATEDLY FOLLOW OR HARASS ANOTHER PERSON, CAROLYN NOLEN, AND MADE A CREDIBLE THREAT, EITHER EXPRESSED OR IMPLIED, WITH THE INTENT TO PLACE THAT PERSON IN REASONABLE FEAR OF DEATH OR SERIOUS BODILY HARM, IN VIOLATION OF SECTION 13A-6-90 OF THE CODE OF ALABAMA, AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_Ellen Brooks_

District Attorney, Fifteenth Judicial Circuit of Alabama

ACR364

ALABAMA JUDICIAL DATA CENTER
DISTRICT COURT OF MONTGOMERY COUNTY
TRANSCRIPT TO CIRCUIT COURT

CASE: DC 2004 003111.00
JID: LYNN C. BRIGHT

THE STATE OF ALABAMA    VS    WATERS CLARENCE
357 CRENSHAW RD

GREENVILLE    AL 36037-0000

CHARGE: STALKING

PROSECUTOR: SHADDRIX MATTHEW DAVID    DEF ATTY: LUCK TIERNAN WILSON
DEF ATTY:

_____ WARRANT ISSUED AND DELIVERED TO SHERIFF.

11/02/2004 WARRANT EXECUTED BY ARRESTING THE DEFENDANT AND COMMITTING HIM
TO JAIL (OR RELEASING HIM ON BOND).

_____ BOND    $100,000.00 APPROVED AND FILED.  SURETIES.

_____ DEFENDANT TRIED, CONVICTED AND FINED    0.00 DOLLARS
AND THE COST OF THE PROSECUTION.

01/06/2005 ON PRELIMINARY EXAMINATION: DEFENDANT BOUND OVER TO AWAIT THE
ACTION OF THE GRAND JURY AND BOND FIXED AT    $100,000.00.

_____ DEFENDANT APPEALED TO THE PRESENT TERM OF THE CIRCUIT COURT AND
BOND FIXED AT $ _____.

_____ BOND APPROVED AND FILED: SURETIES:

_____ NO PRELIMINARY REQUESTED, CASE TRANSFERRED TO D.A.

BILL OF COST

DOCKET FEE    0.00

PRELIMINARY HEARING    0.00

WITNESS SUBPOENA    0.00

TOTAL    0.00

CERTIFICATE TO TRANSCRIPT

TO THE CLERK AND THE CIRCUIT COURT:
I HEREBY CERTIFY THAT THE FOREGOING IS A FULL, COMPLETE AND EXACT
TRANSCRIPT FROM MY DOCKET OF THE JUDGMENT AND PROCEEDINGS IN THE ABOVE
CLAUSE, AND I HEREWITH SEND TO THE CIRCUIT COURT ALL THE ORIGINAL AND
OTHER PAPERS PERTAINING TO THE SAID CAUSE.

DATE ISSUED: 01/13/2005    MELISSA RITTENOUR    BY_____
CLERK

NOTE:

WITNESS FOR STATE:
W001    CAROLYN NOLEN
W002    M D HALL #413

OPERATOR:BIM
PREPARED:01/13/2005

State of Alabama
Unified Judicial System

# WARRANT OF ARREST

### (Felonies, Misdemeanors, or Violations)

Warrant Number
**2004F01879**

Case Number
*DC04-3111*

Form C65 (front)    Revised 11/92

| IN THE | **DISTRICT** | **COURT OF** | **MONTGOMERY,** | **ALABAMA** |
|---|---|---|---|---|

(Circuit, District, or Municipal)    Name of Municipality or County

[X] **STATE OF ALABAMA**    [ ] **MUNICIPALITY OF**

**v.  CLARENCE WATERS**                                                              , Defendant

---

## TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

[X] Probable cause has been found on Complaint filed in this Court Against (name or description of person to be arrested)

**CLARENCE WATERS**

Charging: [description of offense(s)]  **STALKING**

in violation of  **§13A-6-90 Code of Alabama 1975**                                                    ; OR

[ ] An indictment has been returned by the Grand Jury of this county against (name of person to be arrested)

Charging: [description of offense(s)]

in violation of

[X] **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this

Court to answer the charges against that person and have with you then and there this warrant with your return thereon.  If a judge or magistrate

of this Court is unavailable, or if the arrest is made in another county, you shall take the accused person before the nearest or most accessible

judge or magistrate in the county of arrest.

[X] You may release the accused person without taking the accused person before a judge or magistrate:

[X] If the accused person enters into a bond in the amount of $  **100,000.00**         with two good sureties approved by an authorized

officer or by depositing cash or negotiable bonds in the amount with the court clerk; OR

[X] If the accused person posts an appearance bond in the amount of $  **100,000.00**

[ ] On his or her personal recognizance.

Tuesday, November 02, 2004 at 4:47 PM
Date

Judge/Magistrate/Clerk

| Form C-65 (back)  Rev. 11/92 | **WARRANT** ● **ARREST** (Felonies, Misdemeanors, or Violations) |
|---|---|

### CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing **ARREST WARRANT** by arresting the accused person names (or Described) therein _1731_ o'clock ☐ a.m. ☑ p.m., on the _11_ day of _November_ ,

_2004_ , in MONTGOMERY COUNTY, ALABAMA.

After arrest, the accused person was:

☐ Released as authorized at _____ o'clock ☐ a.m. ☐ p.m., _____

☑ Taken before ☐ Judge ☑ Magistrate at _1731_ o'clock ☐ a.m. ☑ p.m.,

_November 2_ , _2004_ .

☑ Placed in jail at _1731_ o'clock ☐ a.m. ☑ p.m. _November 2_ , 20 _04_

_11-2-04_ _____    _G.W. Huntington  #1731/POF/MPD_
Date                                              Signature/Title/Agency

### IDENTIFICATION OF ACCUSED PERSON

| Name of Accused Person | | | | Telephone Number | |
|---|---|---|---|---|---|
| CLARENCE WATERS | | | | 334/382/2074 | |

| Social Security Number | Date of Birth | Age | Race | Sex | Height |
|---|---|---|---|---|---|
| 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 | 11/09/1955 | | B | M | 602 |

| Weight | Hair | Eyes | Drivers License Number & State of Issue | | |
|---|---|---|---|---|---|
| 215 | Bald | Brown | | | |

| Address | City | State | Zip Code |
|---|---|---|---|
| 357 CRENSHAW RD | GREENVILLE | AL | 36037 |

| Name of Employer | | | Employer's Telephone Number |
|---|---|---|---|
| | | | |

| Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

### WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

### ACKOWLEDGMENT BY ACCUSED PERSON

☐ I hereby acknowledge that at the time of my release I was directed to appear in person before the court, as follows:

Place: _____
Date: _____
Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharge.

☐ I promise to appear as directed before the court, as follows:

Place: _____
Date: _____
Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharge.

_____                    _____
Date                                              Signature of Accused

Case # 04-025998    AFFIDAVIT    Warrant: 2004F-~~0000~~ 1879
## DISTRICT COURT OF MONTGOMERY ALABAMA

INSTRUCTIONS: Complete the following information on OFFENSE/OFFENDER

Offense: Stalking

Defendant's Name: B/M Clarence Waters    D.O.B. 11/10/55

Defendant's SSN: 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    Height: 6'02    Weight: 215

Defendant's Address: 257 Crenshaw Road Grerenville, AL

Date & Time of Offense: 10/28/04 0930 hours and 10/29/04 2200 hours

Place of Occurrence: 6918 Bluegrass Stakes Montgomery, AL 36117

Person or Property Attacked:    Carolyn Nolen

How Attacked:    Threatened by telephone to kill her and her family if she did not do what he wanted.

Damage Done or Property Attacked:

Value of Property:

Details of Offense:
The defendant did call the victim at her residence and stated that he wanted her to have sexual intercourse with him and if she did not comply with his wishes he would kill her and her family. These threats were documented by the victim and also recorded on her answering machine. The cellular telephone that the calls came from were made from a cell phone that the defendant admitted to utilizing.

THIS IS IN VIOLATION OF CRIMINAL CODE 13A-6-90.

This offense did in fact occur in Montgomery County, Montgomery, Alabama.

I make this affidavit for the purpose of securing a warrant against the said
B/M Clarence Waters _____. I understand that I am instituting a criminal proceeding and cannot drop this case. I further understand that if any of the forgoing facts are untrue, I many, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.

Sworn to and subscribed before me
this 2nd day of November 2004    Cpl M.D. Hall #413
_____    Complainant
Judge - Clerk - Magistrate

WITNESSES: (Name, Address, Telephone Number)
1) Carolyn Nolen    6918 Bluegrass Stakes Montgomery, AL 36117    (334)356-0422
2) CPL M.D. Hall #413    MPD    (334)241-2831
3) _____
4) _____

| State of Alabama<br>Unified Judicial System | **COMPLAINT** | Warrant Number<br>2004F01879 |
|---|---|---|
| | (Felonies, Misdemeanors, or Violations-<br>District Court or Municipal Court) | Case Number |
| Form CR-6    Revised 8/98 | | |

**IN THE**    <u>DISTRICT</u>    **COURT OF**    <u>MONTGOMERY,</u>    **ALABAMA**
(Circuit, District or Municipal)            (Name of Municipality or County)

[X] **STATE OF ALABAMA**

[ ] **MUNICIPALITY OF MONTGOMERY v.**    CLARENCE WATERS

**Defendant**

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that **CLARENCE WATERS**, defendant whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about    10/28/2004

(date of occurrence) commit the offense of    **STALKING**    within the

[X] County of    **MONTGOMERY**

[ ] City/Town of _____    or in the police jurisdiction thereof, in that he/she did:

(State specific facts here. Continue on a separate sheet of paper if needed.)    intentionally and repeatedly follow or harass another person, as

named or described in the attached Deposition, and made a credible threat, either express or implied, with intent to place the person in reasonable

fear of death or serious bodily harm,

_____

_____

_____

_____

_____

_____

_____

_____

in violation of

[X] Section    13A-6-90    , Code of Alabama 1975.

[ ] Municipal Ordinance Number _____ , which embraces Section _____
Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.

[ ] Other _____

Sworn to and Subscribed before me this

2ND
_____ Nov _____ , 04
day of

_____
Judge/Magistrate/Warrant Clerk

C.M.D Hall #413
Complainant

MPD
Address

(334) 241-2831
Telephone Number

*2004 NOV -3 A F 56*

*FILED DISTRICT COURT OF MONTGOMERY COUNTY AL*

**WITNESSES**

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |

Additional Witnesses on Reverse Side.

WRIT OF ARREST - GRAND JURY INDICTMENT

STATE OF ALABAMA                MONTGOMERY COUNTY                    CIRCUIT    COURT

AGENCY NUMBER: S                          WARRANT NUMBER: GJ 2005 020201.00
                                          OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST      CLARENCE WATERS    AND BRING
HIM/HER BEFORE THE CIRCUIT   COURT OF MONTGOMERY COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
                    STALKING CLASS: C TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 22 DAY OF FEBRUARY, 2005.

BOND SET AT: (1)     $100,000.00  BOND TYPE:
             (2) _____
             (3) _____

_____
JUDGE/CLERK/MAGISTRATE OF CIRCUIT    COURT

---

CHARGES: STALKING              13A-006-090            F  FELONY

NAME: CLARENCE WATERS                    ALIAS: CARTER CLARENCE
ADDRESS: 257 CRENSHAW ROAD               ALIAS:
ADDRESS:
CITY: GREENVILLE          STATE: AL      ZIP: 36037 0000
                                         PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 11/10/1955    RACE: B    SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 6'02"   WEIGHT: 215
SID: 000597954  SSN: 424782161  DL NUM:

---

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( X )  PLACING DEFENDANT IN THE MONTGOMERY COUNTY JAIL

(   )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS   23   DAY OF  February              2005

                        D. T. MARSHALL
EXECUTED BY READING THE    SHERIFF
WITHIN CAPIAS TO THE
DEFENDANT WHO IS NOW IN JAIL
                        A. D. LEWIS / V. DUMAS
                        BY

---

COMPLAINANT:  N T BUCE



OPERATOR: DBH        DATE: 02/22/2005

Circuit
Clerks
Copy

*Pending GJ*

# IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
## MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA,<br>Plaintiff, | ) | |
| | ) | |
| V. | ) | DC04-3111 |
| | ) | |
| CLARENCE WATERS,<br>Defendant. | ) | |

## NOTICE OF
## DISCOVERY TO DEFENDANT,
## INTENT TO USE PRIOR CONVICTIONS,
## INTENT TO INVOKE SENTENCING ENHANCEMENTS,
## INTENT TO OFFER PROOF BY A CERTIFICATE OF ANALYSIS, and
## MOTION FOR DISCOVERY BY THE STATE

**COMES NOW** the State of Alabama, by and through its District Attorney for the Fifteenth Judicial Circuit, Eleanor I. Brooks, and gives notice as to the following:

[ ✓ ] 1.     Pursuant to Rule 16.1, A.R.Cr.P., and as otherwise required by law, all available discovery has been provided or made available to the Defendant's counsel of record. Physical evidence, photographs, video tapes of crime scene and/or statements of Defendant if any, are in the custody of the investigating law enforcement agency or the Alabama Department of Forensic Sciences. Arrangements for copies of photographs and/or videotapes or inspections of physical evidence may be made by contacting the undersigned.

The State has furnished a copy of the discovery to Defense Counsel. This material is page numbered sequentially from 000001 to ____46____ . (Pages _____ have not been provided, as they are either work product and/or NCIC, which cannot be provided pursuant to state law, unless ordered by the Court.) The State of Alabama considers this discovery material to have been received **in its entirety** by Defense Counsel unless promptly notified in writing of any discrepancies.

[ ✓ ] 2.     The State intends to use at trial any and all prior convictions, crimes, wrongs, or acts of the Defendant for those uses permitted by Rules 404(b) and 609 of the A.R.E., and as otherwise allowed by law. The State is presently aware of, and intends to use, the following:

Rape I - 1982 - Lowndes Co.

Escape II - 1980 - Butler Co.

Car Theft - 1976 - Haynerville

State v Clarence Waters
DC04-3111

[ ✓ ] 3.    The State intends to invoke all sentencing enhancements required or permitted by law, including, the Habitual Felony Offender Act based on any applicable felony convictions, known and/or any convictions which may subsequently be discovered and/or disclosed. And, if applicable, the following:

(___)  Enhancement for use of firearm or deadly weapon.  Minimum term of imprisonment of _____ years.

(___)  Five Year Enhancement for Sale of Drugs within three (3) miles of a school, 13A-12-250.

(___)  Five Year Enhancement for Sale of Drugs within three (3) miles of housing project, 13A-12-270.

(___)  $1,000.00 Fine, 13A-12-281.

(___)  $2,000.00 Fine, 13A-12-281.

(___)  Suspension of Driver's License, 13A-12-290.

(___)  Five Year Enhancement for Possession of Firearm, 13A-12-231(13).

[    ] 4.    Pursuant to Sections 12-21-300 through 303, <u>Code of Alabama</u>, written notice is hereby given of the State's intent to offer proof by a certificate of analysis in lieu of direct testimony.  The certificate of analysis is from the Alabama Department of Forensic Sciences and is included in the provided discovery material.

[ ✓ ] 5.    Pursuant to rules 16.2 and 16.4(c), <u>A.R.Cr.P.</u>, and as otherwise required by law, the State requests a copy of all discovery to which it is entitled and hereby moves this Honorable Court for an order granting same to the State.

Respectfully submitted, this _____ day of January 2005.

ELEANOR I. BROOKS
District Attorney

by: _____
MATTHEW D. SHADDRIX (SHA067)
Deputy District Attorney

2

State v Clarence Waters
DC04-3111

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing was served upon the Honorable Terry Luck, Counsel for the Defendant, by hand delivery; or by placing same in the appropriate Courthouse Box; or by posting same in the United States mail, postage prepaid and properly addressed to said Counsel; on this the ____11____ day of January 2005.

ELEANOR I. BROOKS
District Attorney

by: _____

MATTHEW D. SHADDRIX (SHA067)
Deputy District Attorney

3

*P/A Tom*

*Pending 6J*

# IN THE DISTRICT COURT OF
## MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | DC-2004-3111 |
| | ) | |
| CLARENCE WATERS, | ) | |
| *Defendant.* | ) | |

FILED
DISTRICT COURT OF
MONTGOMERY COUNTY
AL.
2005 JAN 12 A 8: 12

## MOTION TO WITHDRAW

**COMES NOW,** Tiernan W. Luck, III, attorney of record for Clarence Waters, the Defendant, and states that he has had a breakdown of communication, in that his client has withheld necessary information, and is no longer able to represent the Defendant in the present case.

**THEREFORE,** Tiernan W. Luck, III, respectfully requests the Court to withdraw his name as attorney of record for the Defendant.

_____
Tiernan W. Luck, III
(LUC013)

207 Montgomery Street, Suite 425
Montgomery, Alabama 36103
(334) 262-5455

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Ellen Brooks, District Attorney, via hand delivery by placing the same in Courthouse box, Montgomery County Courthouse, Montgomery, Alabama 36104, on this the ___11___ day of January, 2005.

_____
OF COUNSEL

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
|---|---|---|
| PLAINTIFF | * | MONTGOMERY COUNTY, |
| VS. | * | CRIMINAL DIVISION |
| CLARENCE WATERES | * | FOR THE STATE OF ALABAMA |
| DEFENDANT | * | CASE NO.: <u>DC-2004-3111</u> |

Pending grand jury

## NOTICE OF APPEARANCE

COMES NOW, Raymond Johnson, Attorney-at-Law, and hereby enters this Notice in the above-referenced cause. Heretofore, making this Appearance, in this Honorable Court, as Counsel upon behalf of the Defendant, Clarence Waters.

RESPECTFULLY SUBMITTED on this the 16th day of February 2005.

_____
Raymond Johnson (JOHO51)

Attorney for the Defendant
640 South McDonough Street
Montgomery, Alabama 36104
Tel.:  334 265-8731
Fax.:  334 832-1051



## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing Notice of Appearance upon the District Attorney for Montgomery County, Alabama by leaving a copy in her box located in the Office of the Circuit Clerk, at the Montgomery County Courthouse, this 16th day of February 2005.

_____
Raymond Johnson (JOHO51)

| | | |
|---|---|---|
| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| PLAINTIFF | * | MONTGOMERY COUNTY, |
| VS. | * | STATE OF ALABAMA |
| CLARENCE WATERS | * | CRIMINAL DIVISION |
| DEFENDANT | * | CASE NO.  DC-2004-3111 |

Pending grand jury

## MOTION TO REDUCE BOND

Comes now the Defendant, by and through his attorney, and moves the Court to reduce the bond in this case, and as grounds for this Motion, states unto the Court as follows:

1. The Defendant is presently charged with the offense of Stalking and is in the Montgomery County Detention Facility. He has been in custody since he was arrested on November 3, 2004.

2. The bond in this case is $100,000.00.

3. The Defendant is unable to make the bond as it is presently set.

4. The Defendant is entitled to a fair and reasonable bond.

5. The Defendant has family in this area and close ties to the community here. He is not a flight risk.

6. The Defendant has a job waiting on him, and can begin work immediately upon his release at Thermosys.

7. Rule 7.2, Alabama Rules of Criminal Procedure, states that any person arrested shall have the right to be released on the least onerous conditions that will reasonably assure the Defendant's appearance in court and that will eliminate or minimize the risk of harm to others or to the community at large.

cc: Howell, Williams, Dist. Atty. Off./ Raymond Johnson

2/17/05 a hearing shall be conducted on Feb 24 2005 @ 8:00 a.m.

2-18-05


COURT CLERK

WHEREFORE, the Defendant moves the Court to reduce the bond in this case to $10,000.00.

Respectfully submitted this 16th day of February, 2005.

Raymond Johnson

Attorney at Law
640 S. McDonough Street
Montgomery, AL 36104
334 265-8731
334 832-1051 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing Motion upon the District Attorney for Montgomery County by leaving a copy in her box located in the office of the Circuit Clerk at the Montgomery County Courthouse this 16th day of February, 2005.

Raymond Johnson

Circuit
Clerk
Copy

## IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
## MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,                )
      Plaintiff,                )
                           )
V.                               )        CC05-0275-TSM
                           )
CLARENCE WATERS,                 )
      Defendant.                )

Melissa Rittenour
Circuit Clerk
Filed
FEB 2005

### NOTICE OF
### DISCOVERY TO DEFENDANT,
### INTENT TO USE PRIOR CONVICTIONS,
### INTENT TO INVOKE SENTENCING ENHANCEMENTS,
### INTENT TO OFFER PROOF BY A CERTIFICATE OF ANALYSIS, and
### MOTION FOR DISCOVERY BY THE STATE

      **COMES NOW** the State of Alabama, by and through its District Attorney for the Fifteenth Judicial Circuit, Eleanor I. Brooks, and gives notice as to the following:

[ ✓ ] 1.      Pursuant to Rule 16.1, <u>A.R.Cr.P.</u>, and as otherwise required by law, all available discovery has been provided or made available to the Defendant's counsel of record.  Physical evidence, photographs, video tapes of crime scene and/or statements of Defendant if any, are in the custody of the investigating law enforcement agency or the Alabama Department of Forensic Sciences.  Arrangements for copies of photographs and/or videotapes or inspections of physical evidence may be made by contacting the undersigned.

The State has furnished a copy of the discovery to Defense Counsel.  This material is page numbered sequentially from 000001 to   __46__  .  (Pages_____ have not been provided, as they are either work product and/or NCIC, which cannot be provided pursuant to state law, unless ordered by the Court.)  The State of Alabama considers this discovery material to have been received **in its entirety** by Defense Counsel unless promptly notified in writing of any discrepancies.

[ ✓ ] 2.      The State intends to use at trial any and all prior convictions, crimes, wrongs, or acts of the Defendant for those uses permitted by Rules 404(b) and 609 of the <u>A.R.E.</u>, and as otherwise allowed by law.  The State is presently aware of, and intends to use, the following:

Rape I - Butler Co. - 1981 _____

Registered Sex Offender - Greenville Sheriff's Office.

Escape II - Dept. of Corr. - 1983 _____

Car Theft - ~~Dept~~ 1976 - Haynerville _____

_____

State v Clarence Waters
CC05-0275-TSM

[ ✓ ] 3.    The State intends to invoke all sentencing enhancements required or permitted by law, including, the Habitual Felony Offender Act based on any applicable felony convictions, known and/or any convictions which may subsequently be discovered and/or disclosed. And, if applicable, the following:

    ( )    Enhancement for use of firearm or deadly weapon.    Minimum term of imprisonment of _____ years.

    ( )    Five Year Enhancement for Sale of Drugs within three (3) miles of a school, 13A-12-250.

    ( )    Five Year Enhancement for Sale of Drugs within three (3) miles of housing project, 13A-12-270.

    ( )    $1,000.00 Fine, 13A-12-281.

    ( )    $2,000.00 Fine, 13A-12-281.

    ( )    Suspension of Driver's License, 13A-12-290.

    ( )    Five Year Enhancement for Possession of Firearm, 13A-12-231(13).

[    ] 4.    Pursuant to Sections 12-21-300 through 303, Code of Alabama, written notice is hereby given of the State's intent to offer proof by a certificate of analysis in lieu of direct testimony. The certificate of analysis is from the Alabama Department of Forensic Sciences and is included in the provided discovery material.

[ ✓ ] 5.    Pursuant to rules 16.2 and 16.4(c), A.R.Cr.P., and as otherwise required by law, the State requests a copy of all discovery to which it is entitled and hereby moves this Honorable Court for an order granting same to the State.

    Respectfully submitted, this _____ 28 _____ day of February 2005.

                             ELEANOR I. BROOKS
                             District Attorney

                by:

                             MATTHEW D. SHADDRIX (SHA067)
                             Deputy District Attorney

State v Clarence Waters
CC05-0275-TSM

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above and foregoing was served upon the Honorable Raymond Johnson, Counsel for the Defendant, by hand delivery; or by placing same in the appropriate Courthouse Box; or by posting same in the United States mail, postage prepaid and properly addressed to said Counsel; on this the _____28_____ day of February 2005.

ELEANOR I. BROOKS
District Attorney

by: _____

MATTHEW D. SHADDRIX (SHA067)
Deputy District Attorney

3

<table>
<tr><td>State of Alabama<br>Unified Judicial System<br><br>Form CR-52 (front)    Rev. 7/02</td><td><strong>EXPLANATION OF RIGHTS AND<br>PLEA OF GUILTY</strong><br>(Habitual Felony Offender — Circuit or District Court)</td><td>Case Number<br><em>CC-05-29S</em><br>☐ Count<br><span>(count #, if applicable)</span></td></tr>
</table>

**IN THE** _Circuit_ **COURT OF** _Montgomery_ , **ALABAMA**
<span>(Circuit or District)</span> <span>(Name of County)</span>

**STATE OF ALABAMA v.** _Clarence Walter_
**Defendant**

**TO THE ABOVE-NAMED DEFENDANT:** After the court was informed that you wish to enter a plea of guilty in this case, this is to inform you of your rights as a criminal defendant.

## PENALTIES APPLICABLE TO YOUR CASE

You are charged with the crime of _Stalking_ , which is a Class _C_ Felony. The court has been informed that you desire to enter a plea of guilty to ☑ this offense or ☐ to the crime of _____ which is a Class _____ Felony. The sentencing range for the above crime(s) is set out below:

| FELONY | |
|---|---|
| Class A | Not less than ten (10) years and not more than ninety-nine (99) years imprisonment or life imprisonment in the state penitentiary, including hard labor and may include a fine not to exceed $20,000. |
| Class B | Not less than two (2) years and not more than twenty (20) years imprisonment in the state penitentiary, including hard labor and may include a fine not to exceed $10,000. For imprisonment not more than 3 years, confinement may be in county jail and sentence may include hard labor for county. |
| Class C | Not less than one (1) year and one (1) day and not more than ten (10) years imprisonment in the state penitentiary, including hard labor and may include a fine not to exceed $5,000. For imprisonment not more than 3 years, confinement may be in county jail and sentence may include hard labor for county. |

You are also be ordered to pay the costs of court, which may include the fees of any appointed attorney, and restitution if there is any. You will also be ordered to pay an additional monetary penalty for the use and benefit of the Alabama Crime Victims Compensation Commission of not less than $50 and not more than $10,000 for each felony for which you are convicted.

As a reported habitual offender, you are further advised that the Alabama Habitual Offender Act Section 13A-5-9 Ala. Code 1975, as amended by Act 2000-759, provides the following enhanced punishment for anyone who has been previously convicted of one or more felonies and who then is convicted of a subsequent felony:

| Prior Felonies →<br>This offense | No<br>Prior Felonies | One<br>Prior Felony | Two<br>Prior Felonies | Three +<br>Prior Felonies |
|---|---|---|---|---|
| **Class C Felony** | 1 Yr. & 1 Day —10 Years<br>In State Penitentiary<br>Fine Up To $5,000 | 2—20 Years<br>In State Penitentiary<br>Fine Up To $10,000 | 10 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | 15 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 |
| **Class B Felony** | 2 — 20 Years<br>In State Penitentiary<br>Fine Up To $10,000 | 10 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | 15 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | Mandatory Life Imprisonment or any term of not less than 20 years Fine Up To $20,000 |
| **Class A Felony**<br>*(No prior convictions for a Class A Felony)* | 10 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | 15 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | Life Imprisonment or Any Term Of Years Not Less Than 99<br>Fine Up To $20,000 | Mandatory Imprisonment For Life or Life Imprisonment Without Possibility of Parole Fine Up To $20,000 |
| **Class A Felony**<br>*(One or more prior convictions for any Class A Felony)* | 10 — 99 Years or Life,<br>In State Penitentiary<br>Fine Up To $20,000 | 15 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | Life Imprisonment or Any Term Of Years Not Less Than 99<br>Fine Up To $20,000 | Mandatory Imprisonment For Life Without Possibility of Parole Fine Up To $20,000 |

This crime is also subject to the following enhancements or additional penalties as provided by law: (Provisions Checked Apply To Your Case)

☐ **Enhanced Punishment For Use Of Firearm Or Deadly Weapon:** Section 13A-5-6, Ala. Code 1975, provides for sentence enhancement where a "firearm or deadly weapon was used or attempted to be used in the commission of a felony." This section provides for the following punishment in such event: For the commission of a Class A Felony, a term of imprisonment of not less than 20 years; for the commission of a Class B or Class C Felony, a term of imprisonment of not less than 10 years;

☐ **Enhanced Punishment for Drug Sale Near School:** Section 13A-12-250, Ala. Code 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public or private school, college, university or other educational institution, must be punished by an additional penalty of five years imprisonment in a state correctional facility for each violation. This period of imprisonment is mandatory and the punishment imposed shall not be suspended or probation granted.

☐ **Enhanced Punishment for Drug Sale Near Housing Project:** Section 13A-12-270, Ala. Code 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public housing project owned by a housing authority must be punished by an additional penalty of five years' imprisonment in a state correctional facility for each violation. This period of imprisonment is mandatory and the punishment imposed shall not be suspended or probation granted.

☐ **Enhanced Punishment For Sales Of Controlled Substance To Anyone Under 18:** Section 13A-12-215, Ala. Code 1975, provides that anyone convicted of selling, furnishing, or giving away a controlled substance to one who has not yet attained the age of 18 years, shall be guilty of a Class A Felony and the punishment imposed shall not be suspended or probation granted.

☐ **Drug Demand Reduction Assessment Act and Loss of Driving Privileges:** Section 13A-12-281, Ala. Code 1975, provides that, if you are convicted of a violation of §13A-12-202 (criminal solicitation to commit controlled substance crime), 13A-12-203 (attempt to commit a controlled substance crime), 13A-12-204 (criminal conspiracy), 13A-12-211(unlawful distribution of a controlled substance), 13A-12-212 (unlawful possession or receipt of a controlled substance), 13A-12-213 (unlawful possession of marijuana, 1st), 13A-12-215 (sale, furnishing, etc., of controlled substance by person over age

| Form CR-52 (back)    Rev. 7/02 | EXPLANATION OF RIGHTS AND PLEA OF GUILTY |
|---|---|
|  | (Habitual Felony Offender -- Circuit or District Court) |

18 to person under age 18) or 13A-12-231(drug trafficking), Ala. Code 1975, you shall be assessed an additional fee of $1,000 if you are a first-time offender or $2,000 if you are a repeat offender under one of these sections. Collection of all or part of the penalty will be suspended if, with court approval, you enter a drug rehabilitation program and if you agree to pay for a part or all of the program costs. Upon successful completion of the program, you may apply to the court to reduce the penalty by the amount actually paid by you for participation in the program. Any suspension of the penalty can be withdrawn by the court if you fail to enroll in or successfully pursue or otherwise fail to complete an approved program. In addition, pursuant to Section 13A-12-214 (unlawful possession of marijuana in the second degree), Section 32-5A-191(a)(3) or Section 32-5A-191(a)(4)(DUI offenses involving drugs), you will lose your privilege to drive a motor vehicle for a period of six months, which shall be in addition to any suspension or revocation otherwise provided by law.

☐ **Alcohol/Drug Related Offenses:** If you are convicted of an alcohol or drug-related offense, you will be required to undergo an evaluation for substance abuse. Based upon the results of any such evaluation, you will be required to complete the recommended course of education and/or treatment and to pay for the evaluation and any cost of program to which you are referred. Failure to submit to an evaluation or failure to complete any program to which you may be referred will be considered a violation of any probation or parole you may be granted. You may also be required to attend monitoring sessions, including random drug and alcohol testing or blood, urine and/or breath, tests and to pay a fee for this service. You may request a waiver of part of all of the fees assessed if you are indigent or for any portion of time you are financially unable to pay. Community service may be ordered by the court in lieu of the monetary payment of fees.

☐ **DNA Samples for Criminal Offenses in §36-18-24:** Section 36-18-25(e), Ala. Code 1975, provides that, all persons convicted of any of the offenses set out in Section 36-18-24(felony offense or any offense contained in Chapter 6 of Title 13A - offenses involving danger to the person - or attempt, conspiracy, or solicitation thereof ), shall be ordered by the court to submit to the taking of a DNA sample or samples.

☐ **Drug Possession:** If you are convicted in any court of this state for drug possession, drug sale, drug trafficking, or drug paraphernalia offenses as defined in Sections 13A-12-211 to 13A-12-260, inclusive, Ala. Code 1975, an additional fee of $100.00 will be assessed pursuant to Section 36-18-7, Ala. Code 1975.

☐ **Other:** _____

### RIGHTS YOU HAVE AND WAIVER OF YOUR RIGHTS

Under the Constitution of the United States and the Constitution and laws of the State of Alabama, you have a right to remain silent and you may not be compelled to give evidence against yourself. Your attorney cannot disclose any confidential talks he/she has had with you. You are not required to answer any questions. If you do answer questions knowing that you have a right to remain silent, you will have waived this right.

You have the right to enter, and continue to assert, a plea of "Not Guilty" or "Not Guilty by Reason of Mental Disease or Defect," and have a public trial before a duly selected jury. The jury would decide your guilt or innocence based upon the evidence presented before them. If you elect to proceed to trial, you would have the right to be present, you would have the right to have your attorney present to assist you, you would have the right to confront and cross examine your accuser(s) and all the State's witnesses, you would have the right to subpoena witnesses to testify on your behalf and to have their attendance in court and their testimony required by the court, and you would have the right to take the witness stand and to testify, but only if you chose to do so, as no one can require you to do this. If you elect to testify, you can be cross examined by the State, just as any other witness is subjected to cross examination. If you decide not to testify, no one but your attorney will be allowed to comment about that fact to the jury. Your attorney is bound to do everything he/she can honorably and reasonably do to see that you obtain a fair and impartial trial.

If you elect to proceed to trial, you come to court presumed to be innocent. This presumption of innocence will follow you throughout the trial until the State produces sufficient evidence to convince the jury (or the court if the trial is non-jury) of your guilt beyond a reasonable doubt. You have no burden of proof in this case. If the State fails to meet its burden, you would be found not guilty. If you are entering a guilty plea to a charge for which you have not yet been indicted, you are waiving indictment by a grand jury and you will be pleading guilty to a charge preferred against you by a District Attorney's information filed with the court.

**IF YOU PLEAD GUILTY, THERE WILL BE NO TRIAL. YOU WILL BE WAIVING THE RIGHTS OUTLINED ABOVE, EXCEPT YOUR RIGHTS RELATING TO REPRESENTATION BY AN ATTORNEY. THE STATE WILL HAVE NOTHING TO PROVE, AND YOU WILL BE CONVICTED AND SENTENCED BASED ON YOUR GUILTY PLEA. BY ENTERING A PLEA OF GUILTY, YOU WILL ALSO WAIVE YOUR RIGHT TO APPEAL, UNLESS (1) YOU HAVE, BEFORE ENTERING THE PLEA OF GUILTY, EXPRESSLY RESERVED THE RIGHT TO APPEAL WITH RESPECT TO A PARTICULAR ISSUE OR ISSUES, IN WHICH EVENT APPELLATE REVIEW SHALL BE LIMITED TO A DETERMINATION OF THE ISSUE OR ISSUES RESERVED, OR (2) YOU HAVE TIMELY FILED A MOTION TO WITHDRAW THE PLEA OF GUILTY AFTER PRONOUNCEMENT OF SENTENCE ON THE GROUND THAT THE WITHDRAWAL IS NECESSARY TO CORRECT A MANIFEST INJUSTICE, AND THE COURT HAS DENIED YOUR MOTION TO WITHDRAW YOUR PLEA, OR THE MOTION HAS BEEN DEEMED DENIED BY OPERATION OF LAW.**

IF YOU HAVE A RIGHT TO APPEAL UNDER ONE OF THE CONDITIONS ABOVE AND YOU ARE DETERMINED BY THE COURT TO BE INDIGENT, COUNSEL WILL BE APPOINTED TO REPRESENT YOU ON APPEAL IF YOU SO DESIRE AND IF THE APPEAL IS FROM A CIRCUIT COURT JUDGMENT OR SENTENCE, A COPY OF THE RECORD AND THE REPORTER'S TRANSCRIPT WILL BE PROVIDED AT NO COST TO YOU.

IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS OR THE CONSEQUENCES OF PLEADING GUILTY, PLEASE LET THE COURT KNOW NOW AND FURTHER EXPLANATION WILL BE MADE.

_3-24-05_ _____ _4-13-05_ _____
Date                                                                      Judge

### ATTORNEY'S CERTIFICATE

I certify that the above was fully read to the defendant by me; that I explained the penalty or penalties involved with the defendant; that I discussed in detail the defendant's rights and the consequences of pleading guilty; and that, in my judgment, the defendant understands the same and that he/she is knowingly, voluntarily, and intelligently waiving his/her rights and entering a voluntary and intelligent plea of guilty. I further certify to the court that I have in no way forced or induced the defendant to plead guilty and to my knowledge no one else has done so.

_3-23-05_ _____ _____
Date                                                                      Attorney

### DEFENDANT'S STATEMENT OF WAIVER OF RIGHTS AND PLEA OF GUILTY

I certify to the court that my attorney has read and explained the matters set forth above; that my rights have been discussed with me in detail and fully explained; that I understand the charge or charges against me; that I understand my rights, the punishment or punishments provided by law as they may apply to my case, and I understand the consequences of pleading guilty; that I am not under the influence of any drugs, medicines, or alcoholic beverages; and I have not been threatened or abused or offered any inducement, reward, or hope of reward to plead guilty other than the terms of the plea agreement which will be stated on the record.

I further state to the court that I am guilty of the charge to which I am entering a plea of guilty, that I desire to plead guilty, that I made up my own mind to plead guilty, and that I knowingly, intelligently, and voluntarily waive my right to a trial in this case. I further state to the court that I am satisfied with my attorney's services and his/her handling of my case.

_3-23-05_ _____ _Clarence Waters_ _____
Date                                                                      Defendant

| State of Alabama<br>Unified Judicial System<br><br>Form CR-10    Rev. 8/98 | CONSOLIDATED APPEARANCE BOND<br>(District Court, Grand Jury, Circuit Court) | Case Number<br>CC 05-275 |
| --- | --- | --- |

IN THE _Circuit_ COURT OF _Montgomery_ , ALABAMA
     (Circuit or District)              (Name of County)

STATE OF ALABAMA v. _Clarence Waters AKA Clarence Carter_
                                          Defendant

I, _Oneal C Clarence Waters AKA Clarence Carter_ (Defendant), as principal,
and I (we), _Oneal Crenshaw + Laura Carter_
                    (Please print)
_____, as surety(ies), agree
to pay the State of Alabama the sum of $ _30,000_ and such costs as authorized by law unless the above-named defendant
appears before the district court of the county on _The Schedule_ (date) at _____ .M. (time) (If date and time
are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time
to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and
from session to session thereafter until discharged by law to answer to the charge of _Stalking CC05-275_ , or any other charge as authorized by law.
     We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal
to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and
sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially
waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption
that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.
     It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue
in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above
charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are
otherwise duly exonerated as provided by law.
     Signed and sealed this date with notice that false statements are punishable as perjury.

| Signature of Defendant _Clarence Carter  Clarence Waters_ | | | (L S) |
| --- | --- | --- | --- |
| Address (print) _357 Crenshaw Rd._ | City _Greenville_ | State _AL_ | Zip _36037_ |

| Signature of Surety/Agent of Professional Surety or Bail Company<br>X _Oneal Crenshaw_ (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company<br>X _Laura Carter_ (L.S.) |
| --- | --- |
| Social Security Number _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_ | Telephone Number _N/A_ | Social Security Number _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_ | Telephone Number _(334) 382-2074_ |
| Address (print) _252 Meadowview Rd_  City _Greenville_  State _AL_  Zip _36037_ | Address (print) _357 Crenshaw Rd_  City _Greenville_  State _AL_  Zip _36037_ |
| Signature of Surety/Agent of Professional Surety or Bail Company<br>(L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company<br>(L.S.) |
| Social Security Number | Telephone Number | Social Security Number | Telephone Number |
| Address (print)  City  State  Zip | Address (print)  City  State  Zip |

_2-28-05_
Date

MAR 2005
FILED
Melissa Rittenour
Circuit Clerk

_D. T. Marshall_
Approved by Judge/Magistrate/Sheriff
_Lt M. Jackson_
By. Deputy Sheriff

| Defendant's Information | | | | |
| --- | --- | --- | --- | --- |
| Date of Birth _1-10-55_ | Sex _M_ | Height _6'02"_ | Weight _215_ | Employer _Thermasys_ |
| Social Security Number _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_ | Race _Blk_ | Hair _Blk_ | Eyes _BRO_ | Employer's Address |
| Driver's License Number    State  (   ) | Telephone Number _334-382-6158_ | | | Employer's Telephone Number |

☐ Property Bond        ☐ Professional Surety/Bail Company Bond        ☐ Cash Bond

COURT RECORD: Original        DEFENDANT: Copy        SURETY: Copy

**IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
MONTGOMERY COUNTY, ALABAMA**

STATE OF ALABAMA,            )
     Plaintiff,      )
          )
V.         )  CC05-0275-TSM
          )
CLARENCE WATERS,            )
     Defendant.     )

**NOTICE OF
DISCOVERY TO DEFENDANT,
INTENT TO USE PRIOR CONVICTIONS,
INTENT TO INVOKE SENTENCING ENHANCEMENTS,
INTENT TO OFFER PROOF BY A CERTIFICATE OF ANALYSIS, and
MOTION FOR DISCOVERY BY THE STATE**

**COMES NOW** the State of Alabama, by and through its District Attorney for the Fifteenth Judicial Circuit, Eleanor I. Brooks, and gives notice as to the following:

[ ✓ ] 1. Pursuant to Rule 16.1, A.R.Cr.P., and as otherwise required by law, all available discovery has been provided or made available to the Defendant's counsel of record. Physical evidence, photographs, video tapes of crime scene and/or statements of Defendant if any, are in the custody of the investigating law enforcement agency or the Alabama Department of Forensic Sciences. Arrangements for copies of photographs and/or videotapes or inspections of physical evidence may be made by contacting the undersigned.

The State has furnished a copy of the discovery to Defense Counsel. This material is page numbered sequentially from 000001 to _____46_____. (Pages_____ have not been provided, as they are either work product and/or NCIC, which cannot be provided pursuant to state law, unless ordered by the Court.) The State of Alabama considers this discovery material to have been received **in its entirety** by Defense Counsel unless promptly notified in writing of any discrepancies.

[ ✓ ] 2. The State intends to use at trial any and all prior convictions, crimes, wrongs, or acts of the Defendant for those uses permitted by Rules 404(b) and 609 of the A.R.E., and as otherwise allowed by law. The State is presently aware of, and intends to use, the following:

Rape I – Butler Co. – 1981 _____
Registered Sex Offender – Greenville Sheriff's Office.
Escape II – Dept. of Corr. – 1983
Car Theft – ~~Butler Co~~/1976 – Hayneville
_____    _____

State v Clarence Waters
CC05-0275-TSM

[ ✓ ] 3.    The State intends to invoke all sentencing enhancements required or permitted by law, including, the Habitual Felony Offender Act based on any applicable felony convictions, known and/or any convictions which may subsequently be discovered and/or disclosed. And, if applicable, the following:

(__)  Enhancement for use of firearm or deadly weapon.   Minimum term of imprisonment of _____ years.

(__)  Five Year Enhancement for Sale of Drugs within three (3) miles of a school, 13A-12-250.

(__)  Five Year Enhancement for Sale of Drugs within three (3) miles of housing project, 13A-12-270.

(__)  $1,000.00 Fine, 13A-12-281.

(__)  $2,000.00 Fine, 13A-12-281.

(__)  Suspension of Driver's License, 13A-12-290.

(__)  Five Year Enhancement for Possession of Firearm, 13A-12-231(13).

[____] 4.    Pursuant to Sections 12-21-300 through 303, <u>Code of Alabama</u>, written notice is hereby given of the State's intent to offer proof by a certificate of analysis in lieu of direct testimony. The certificate of analysis is from the Alabama Department of Forensic Sciences and is included in the provided discovery material.

[ ✓ ] 5.    Pursuant to rules 16.2 and 16.4(c), <u>A.R.Cr.P.</u>, and as otherwise required by law, the State requests a copy of all discovery to which it is entitled and hereby moves this Honorable Court for an order granting same to the State.

Respectfully submitted, this ____28____ day of February 2005.

ELEANOR I. BROOKS
District Attorney

by:    _____
MATTHEW D. SHADDRIX (SHA067)
Deputy District Attorney

2

State v Clarence Waters
CC05-0275-TSM

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing was served upon the Honorable Raymond Johnson, Counsel for the Defendant, by hand delivery; or by placing same in the appropriate Courthouse Box; or by posting same in the United States mail, postage prepaid and properly addressed to said Counsel; on this the ____28____ day of February 2005.

ELEANOR I. BROOKS
District Attorney

by: _____

MATTHEW D. SHADDIX (SHA067)
Deputy District Attorney

3

R-84 (Rev. 08-31-1999)

**FINAL DISPOSITION REPORT**

Leave Blank

Note: This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division, without final disposition noted thereon. If no final disposition is available to arresting agency, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: FBI, CJIS Division, Clarksburg, WV 26306.
(See instructions on reverse side)

FBI No.

Final Disposition & Date
(If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.)

*CC05-275*

Name on fingerprint Card Submitted to FBI
Last          First          Middle

WATERS, CLARENCE

Date of Birth        11/09/55              Sex        M

Henry
Fingerprint
Classification
From FBI 1-B Response

State Bureau No. (SID)     | Social Security No. (SOC)
                          | 424782161

This Form Submitted By:
(Name, Title, Agency, ORI No., City & State)

Contributor of Fingerprints (Include complete name and location of agency together with ORI number.)

Sheriff's Office
Montgomery, AL
AL0030000

Signature          Date

Title

Arrest No. (OCA)     | Date Arrested or Received

84937          | 05/12/2005

☐ COURT ORDERED EXPUNGEMENT:

Certified or Authenticated Copy of Court Order Attached.

Offenses Charged at Arrest

20050512 1316INTIMIDATION-STALKING

*Sent. to DOC*

STATE OF ALABAMA

PLAINTIFF

VS.

CLARENCE WATERS

DEFENDANT

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY,

STATE OF ALABAMA

CRIMINAL DIVISION

CASE NO.: CC-2005-0275 TSM

## MOTION TO RECONSIDER SENTENCE

Comes now the Defendant, Clarence Waters, by and through his attorney, and moves this Honorable Court to reconsider the sentence imposed upon him on May 12, 2005, and as grounds for this Motion, states unto the Court as follows:

1. The Defendant, Clarence Waters, appeared in Court on March 24, 2005, and entered a guilty plea to the charge of Stalking, a class C felony.

2. Sentencing was set for May 12, 2005. A presentence report was prepared by the State Probation and Parole office. The Defendant had two prior felony convictions making the sentencing range not less than ten years, nor more than life. The probation officer recommended fifteen years.

3. The Defendant offered several family members to testify on his behalf, and offered several letters of recommendation concerning his excellent work record. He also submitted evidence that he had received help for his drug addition.

4. After a sentencing hearing, the Defendant was sentenced to thirty years in the custody of the State Board of Corrections.

5. Since the time of the offense, the Defendant has stopped using illegal drugs and has stayed away from those who use illegal drugs. He has completed a drug rehabilitation course and has been attended NA meetings. He has made a good effort to become a better citizen. The Court should consider the progress the Defendant has made in improving his life since the commission of the crime.

6. The Defendant never touched the victim. He never went to her house. The crime only consisted of verbal threats over the telephone, and watching her at their place of employment.

1

7. The victim had indicated she was interested in the Defendant at their place of employment. Otherwise, the events would not have occurred.

8. Rule 26.8, Alabama Rules of Criminal Procedure, states that the sentence imposed in each case should be the least restrictive sanction that is consistent with the protection of the public and the gravity of the crime. The Court should consider, in evaluating the gravity of the offense, that no overt action was ever taken against the victim. It was only verbal threats.

9. Taking into consideration sentences imposed for this type of crime in other cases in this judicial circuit, and in the state, the sentence of thirty years is excessive. While stalking is not listed in the sentencing guidelines, if one considers Assault I, a class B felony, more serious than the charge against the Defendant, both because it is a class B felony and it involves serious injury to the victim, the recommended sentencing range is from 101 months to 204 months. This is clearly under the 360 months imposed by this Court in this case. This takes into consideration two prior felonies and two periods of prior incarceration.

WHEREFORE, the Defendant moves the Court to reconsider the sentence imposed upon him in this case and to consider a sentence more appropriate to the crime which should be closer to ten years than to thirty years.

Raymond Johnson (joh051)

Attorney for the Defendant
640 McDonough Street
Montgomery, AL. 36104
Office (334) 265-8731
(334) 832-1051 Fax

### CERTIFICATE OF SERVICE

I hereby certify that I have this day, served a copy of the foregoing document upon the District Attorney of Montgomery County, by placing a copy of said Motion in the box assigned to the District Attorney in the office of the Circuit Clerk at the Montgomery County Courthouse this 16th day of May, 2005.

Raymond Johnson (joh051)

2

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,
    Plaintiff,           )

                       )    CC No. __05-0275__

v.                )

__Clarence Waters__    )    DA No. __04-046939__

    Defendant.         )

## COURT ORDERED MONIES

This cause coming to be heard on the __12__ day of __May__, 20 __05__, in the presence of the District Attorney, Defendant, and Defense Attorney, the Court finds as follows:

1.    The Defendant owes the following:

| | | | | | | |
|---|---|---|---|---|---|---|
| A. Court Costs | $ 303.00 | D. Attorney Fees | $ _____ | F. DDRA | $ _____ |
| B. Fines | $ _____ | E. ACVCCA | $ 50.00 | G. FSTF | $ _____ |
| C. Restitution | $ 482.40 | | | TOTAL $ 835.40 | |

2.    The victim is (**See Back**).

3.    The Co-Defendant is : _____

RECEIVED
5-19-05

Therefore, it is **ORDERED** as follows:

1.    The Defendant shall pay court ordered monies in the amounts indicated above, plus an administrative fee of $1.00 with each restitution installment payment, with credit for any restitution amount actually paid by any Co-Defendant.

2.    _____ The full amount shall be paid in FULL by _____
    _____ The full amount shall be paid in INSTALLMENTS commencing on _____ in the amount of $_____ per _____ month _____ week _____ two weeks, until paid in full.
    _____ The full amount shall be paid under an Income Withholding Order.

3.    Paying these monies shall be a condition of probation, parole, work release, SIR, or any other release program.

4.    The Alabama Department of Corrections, the Alabama Board of Pardons and Paroles and/or other agency having lawful custody of the Defendant shall collect from any and all sources of money at the rate of _____% and forward payments to the Circuit Clerk.

5.    Monies shall be paid to the Circuit Clerk, Montgomery County Courthouse, 251 South Lawrence Street, Post Office Box 1667, Montgomery, Alabama 36102-1667.

6.    The Court retains jurisdiction of this Defendant and this matter until all monies ordered herein are paid.

7.    If money is over 90 days delinquent and the case is turned over to the District Attorney's Office for collection, a 30% mandatory fee will be added to the outstanding balance.

Done this __17__ day of __May__, 20 __05__

                                     Circuit Judge

cc: __Matthew Shaddix__, Deputy District Attorney
    __Raymond Johnson__, Defense Attorney

Revised 04/01

**(Over For Victim Information)**

1.  CC # _05 - 0275_

    Amount: $ _492.40_

    VICTIM'S NAME _Carolyn Nolen_

    ADDRESS: _6918 Bluegrass Stakes_
    Street or PO Box

    _Montgomery_     _AL_     _36106_
    City        State      Zip Code

    Reference No: _____
    If Applicable

2.  CC # _____

    Amount: $ _____

    VICTIM'S NAME _____

    ADDRESS: _____
    Street or PO Box

    _____  _____  _____
    City        State      Zip Code

    Reference No: _____
    If Applicable

3.  CC # _____

    Amount: $ _____

    VICTIM'S NAME _____

    ADDRESS: _____
    Street or PO Box

    _____  _____  _____
    City        State      Zip Code

    Reference No: _____
    If Applicable

4.  CC # _____

    Amount: $ _____

    VICTIM'S NAME _____

    ADDRESS: _____
    Street or PO Box

    _____  _____  _____
    City        State      Zip Code

    Reference No: _____
    If Applicable

5.  CC # _____

    Amount: $ _____

    VICTIM'S NAME _____

    ADDRESS: _____
    Street or PO Box

    _____  _____  _____
    City        State      Zip Code

    Reference No: _____
    If Applicable

Revised 04/01

| | | |
|---|---|---|
| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| PLAINTIFF | * | MONTGOMERY COUNTY, |
| VS. | * | STATE OF ALABAMA |
| CLARENCE WATERS | * | CRIMINAL DIVISION |
| DEFENDANT | * | CASE NO.: CC-2005-0275 TSM |

## MOTION TO WITHDRAW

Comes now Raymond Johnson, attorney for Clarence Waters, and moves this Honorable Court to allow him to withdraw from further representing the Defendant, and as grounds for this Motion, states unto the Court as follows:

1. This attorney advised the Defendant to plead guilty in this case, and appeared before this Honorable Court and advised the Court to accept the guilty plea.

2. The Defendant now has advised this attorney he wants to withdraw his guilty plea.

3. The Defendant and this attorney no longer have a good attorney-client relationship.

4. Further, the Defendant owes this attorney for his representation, and has no funds to complete the payments as agreed.

Raymond Johnson

Attorney for the Defendant
640 S. McDonough Street
Montgomery, AL  36104
334 265-8731
334 832-1051 Fax

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day, served a copy of the foregoing document upon the District Attorney of Montgomery County, by placing a copy of said Motion in the box assigned to the District Attorney in the office of the Circuit Clerk at the Montgomery County Courthouse this 1st day of June, 2005.

Raymond Johnson

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| PLAINTIFF | * | MONTGOMERY COUNTY, |
| VS. | * | STATE OF ALABAMA |
| CLARENCE WATERS | * | CRIMINAL DIVISION |
| DEFENDANT | * | CASE NO.: CC-2005-0275 TSM |

## MOTION TO APPOINT ATTORNEY

Comes now Clarence Waters and moves this Honorable Court to appoint an attorney for him, and as grounds for this Motion, states unto the Court as follows:

1. I have filed a Motion to withdraw my guilty plea.

2. My previous attorney cannot represent me on this Motion because he advised me to plead guilty and asked the Court to accept my guilty plea.

3. I am in jail and do not have any funds to pay an attorney.

4. I am in need of legal assistance.

5. I am indigent and cannot afford an attorney.

6. I do not own any property nor anything of value.

Clarence Waters
Montgomery County Detention Facility

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day, served a copy of the foregoing document upon the District Attorney of Montgomery County, by placing a copy of said Motion in the box assigned to the District Attorney in the office of the Circuit Clerk at the Montgomery County Courthouse this 1st day of June, 2005.

*Clarence Waters*

Clarence Waters

STATE OF ALABAMA      \*      IN THE CIRCUIT COURT OF

     PLAINTIFF      \*      MONTGOMERY COUNTY,

VS.      \*      STATE OF ALABAMA

CLARENCE WATERS      \*      CRIMINAL DIVISION

     DEFENDANT      \*      CASE NO.: CC-2005-0275 TSM

## MOTION TO WITHDRAW GUILTY PLEA

Comes now Clarence Waters and moves this Honorable Court to allow him to withdraw his guilty plea, and as grounds for this Motion, states unto the Court as follows:

1. I did not know the consequences of the plea.

2. I did not know the range of punishment and did not know I would get 30 years in prison when I entered the plea.

3. I did not completely understand what I was doing.

4. I was advised to plead guilty by my attorney and was advised I would get a split sentence or get probation.

5. I did not stalk the victim. I only called her on the telephone.

6. I m not guilty as charged.

7. The Court did not consider my rehabilitation at the sentencing hearing.

8. My attorney did not give me good and proper advice.

9. My attorney advised me to plead guilty when there was little of no evidence that I am guilty of the charge. At most I am guilty of harassment.

WHEREFORE, I ask the Court to set aside my guilty plea and to set my case for trial.

1

_Clarence Waters_
Clarence Waters
Montgomery County Detention Facility

## CERTIFICATE OF SERVICE

I hereby certify that I have this day, served a copy of the foregoing document upon the District Attorney of Montgomery County, by placing a copy of said Motion in the box assigned to the District Attorney in the office of the Circuit Clerk at the Montgomery County Courthouse this 1ˢᵗ day of June, 2005.

_Clarence Waters_
Clarence Waters

FIFTEENTH JUDICIAL CIRCUIT
CIRCUIT COURT
CASE NO. CC - 05 -275

STATE OF ALABAMA,

      Plaintiff

V.                                                                    **ORDER**

*Clarence Waters*

      Defendant

☑ **A REVIEW** is set on *June 16, 2005*, at *8:00* o'clock a.m./p.m.

☐ **A NOTICE OF PROBATION REVOCATION** hearing is set on the _____ day of _____ at _____ o'clock a.m./p.m.

☐ **A PROBATION REVOCATION** hearing is set on _____, at _____ o'clock a.m./p.m.

☐ **A RESTITUTION** hearing is set on _____, at _____ o'clock a.m./p.m.

☐ **SENTENCING** is set on _____, at _____ o'clock a.m./p.m.

☐ **A HEARING** on the _____ is set on _____, at _____ a.m./p.m.

DONE and ORDERED this 8th day of June, 2005

_____
TRACY S. McCOOEY
CIRCUIT JUDGE

CC:  Prosecutor – *Thomas/William*
     Defense Atty. - _____
     Probations & Parole - _____
     Defendant - *McOF* ✓

RECEIVED
6-8-05
CIRCUIT COURT CLERK

CC-05-275

(P)

Judge McCovey; My Name, Clarence Waters; On 5/4/05 I Was in your Court room, and Was unable to say the thing I Wanted to, I felt your anger, but for some reason I don't feel you know details, or things, evidence, I feel you have a right to know. Now I've been able to express my side of the allegation, you play for a little judgement... I have to start at the beginning to give an accurate account: The year 2003, I was introduced to Crack Cocaine; I've always Worked and tried to have respect for myself and Others, but, I allowed someone I Considered to be my best friend, to convince Me to Smoke Crack, Needless to Say it was the Worst Mistake I ever Made...

I ended up in 2004 admitting myself in a 28 day program, And followed up by going to The Fellowship House in Birmingham for Re-hab. I enjoyed my time there, I had and still have a very good rapport With Staff and Clients there I attended Church, AA & NA meetings On a regular basis, I prayed I got there and I still do, Because I'm trying to be the best person I can be, I Made a mistake, but not the One I've been Accused of...

In July of 2004, I left, or Completed Re-hab Myself, My Counselor, Vocational Re-hab, We All agree that I Shouldn't go back to Greenville right then So, We learned about a place Called The Glass House

it's a half-way house. A place where I could live, stability, and provide some structure. A place to live while I work. Where I found a job, and attend regular Meetings, that's how I end up in Montgomery... I did all the proper things, went to meetings, worked did things done in the old places, so I wouldn't do old things. After work for a couple Months, I stopped going to Meetings & stopped calling my sponsor. I didn't know I was already in trouble before it actually happened.

I Relapsed, the first person I called, was the one I was supposed to avoid, Another active addict. Anyway the Man who owned the half-way house found evidence of my using so I went to spend the Night with the person who's phone I used to call Mrs Nolan... I realize it wasn't right now, but I am so confused. I did know what to do, but, that I did this all I've been accused of stalking I never did it, and Never would. The only place I've ever seen the lady, is at work...

Your Honor I don't have a car, I had catch a ride to and from work, on Weekends I was with My fiancee & my family until Sun Night when they would bring me back to Montgomery in time to rest to go to Work.

I had to be at work at 4:30 in the Morning and We Worked to Whenever. Then someone would bring me home, and I would be there until 3:_ in the Next Morning, get up, prepare for Work. I May be guilty of something, but Not What _____ _____,

Your Honor, there are so Many people that Will be able to show you where it would have been impossible for Me to have committed a Crime. I'm Not a perfect person, and I know drugs didn't allow Me to be what I should be, I'm Not the person I'm being Made out to be. I Made a Mistake a long time ago, and I paid for it, but Since then I've done good, then did drugs, and I pray every day for forgiveness.

Ms. McCovey, I was Mislead as far as When I pleaded guilty. I was told that if I was convicted, it was best to plead guilty, and I would get probation, continue to attend the Programs, report to Whom ever, and get my life kept on track. I understand that you do Not have any good feelings about Me, and you do Not believe anything I say, but if I have a Chance to, I can prove that, it was only a Call and I'll explain Why. Everything Went so far I wasn't aware of What I had committed to

And if I did have the ability to think I
Would I not have pled guilty to a crime I did
so, and guilty to what I did, which way you
a cell, one flight. When my life was in total turm
and, I didn't call the right people... I know
I could never _____ appeal to the _____
you say, at least hear the evidence, everything that
seems cut and dried just may not be so... I'm a _____
year old man with a family that loves him, a daughter
that needs me, a good work ethic, I firm believe in
God, and a desperate desire to do what's right and
_____ ...

I hear of all the things you try to do for
people, well, Dr. Sir, I need consideration, I know
you feel different, but can you please give it to
chance to let least talk to you, hear me, and maybe
_____ it if you have my _____, give me a
a chance to prove that the charge I'm accused
of, is not consistent with what actually happ
on that night...

Your Honor, thank you very much for takin
the time to hear me!

RECEIVED
6-8-05
CIRCUIT COURT CLERK

Sincerely,

_____ Waters

| State of Alabama<br>Unified Judicial System | CASE ACTION SUMMARY (CONTINUATION)<br>SENTENCING ORDER | Case Number<br>CC - *05 275* |
|---|---|---|

STATE OF ALABAMA v. *Clarence Waters*    Page No. _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|

*5-12-05* h

*Rec'd 5-17-05*

*Comp*

### Sentencing Order

The defendant and counsel, and counsel for the State of Alabama appeared in open court for the defendant to be sentenced on his/her conviction of ___ *Stalking* ___

### Habitual Felony Offender

___ The defendant has been given reasonable notice that the State intended to move the Court to sentence the the defendant under the provisions of — 13A-5-9 and 10, *Code of Alabama, 1975*.
The State's motion to sentence the defendant pursuant to the Habitual Felony Offender Act is
__X__ granted; _____ denied. The Court finds the defendant has __X__ prior convictions:

*2 priors*

### Sentence

_____ The defendant waived a sentencing hearing.
_____ The Court conducted a sentencing hearing.
__h__ A pre-sentence report was requested by the defendant and considered by the Court.
_____ The defendant waived a pre-sentence investigation and report.
__h__ The Court asked the defendant if he/she had anything to say why the sentence of law should not be imposed against him/her, and: __X__ the defendant having had his/her say; _____ the defendant had nothing to say, it is ORDERED as follows:
__h__ The defendant is sentenced to the custody of the Commissioner of the Department of Corrections for a period of: __*30*__ year(s), and _____ month(s), _____ day(s);
_____ his/her life; _____ his/her life without parole.
_____ The defendant is sentenced to the custody of the Sheriff of Montgomery County, Alabama, for a period of: _____ year(s), _____ month(s), _____ day(s).
_____ The defendant is sentenced to the custody of the Warden of the Montgomery City Jail for a period of: _____ year(s), _____ month(s), _____ days(s).
_____ The defendant is fined the sum of $_____.
_____ The defendant is fined the sum of $_____ for the Mandatory Drug Demand Reduction Assessment Act Fine.
_____ Defendant's Driver's License is suspended for a period of _____.
_____ Y.O.A.
_____ Frank Lee Youth Center is recommended.
__h__ The counts in this sentence shall run concurrent with the sentence(s) imposed in _____ *all other cases*
__h__ The defendant shall pay restitution in the amount of $ *482.40*
__h__ The defendant shall pay the costs of this case.
__h__ The defendant shall pay the Alabama Crime Victims Compensation Commission, the sum of $ *50*
_____ The defendant shall pay $100.00 fine to the Department of Forensic Sciences.
_____ One-half of all monies earned by the defendant while in the Department of Corrections shall be withheld to pay Court-Ordered monies.
_____ The defendant shall reimburse the State of Alabama the costs of his/her appointed counsel in the amount of $_____.
_____ The payment of Court-ordered monies shall be a condition of parole, early release, S.I.R., or work release.
__h__ The defendant was advised of his/her rights of appeal.

(Page 1, back)

# STATE OF ALABAMA v.

CASE NO. CC - _____

Page No. _____ of _____ pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|--------------------------------|

## *Sentence Suspended*

The defendant's sentence is suspended, and the defendant is placed on:
_____ court-supervised probation for a period of _____
_____ unsupervised probation for a period of
_____ supervised probation for a period of _____

## *Split Sentence*

_____ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____, however, as a first condition of probation, the defendant shall serve: _____ a period of _____ in the custody of the Commissioner of the Department of Corrections; _____ a period of _____ in the custody of the Sheriff of Montgomery County, Alabama; _____ a period of _____ in the custody of the Warden of the Montgomery City Jail. At the end of the defendant's incarceration, he/she shall be transported back to this Court for the imposition of further terms and conditions of probation.

_____ Before being delivered into the custody of the Commissioner of the Department of Corrections, the defendant shall be transported to the Substance Abuse Unit at Bryce State Hospital for treatment. When the defendant has received the maximum benefit of his treatment, he/she shall be delivered into the custody of the Commissioner of the Department of Corrections to serve the period of his/her incarceration.

## *Split Sentence -- Boot Camp*

_____ The defendant's sentence is suspended, and he is placed on supervised probation for a period of _____, however, as the first condition of his probation, the defendant shall serve up to 180 days in the custody of the Commissioner of the Department of Corrections and he shall successfully complete the Disciplinary, Rehabilitation Program. If the defendant successfully completes the program, he shall be returned to this Court for the imposition of further terms and conditions of probation. If the defendant does not successfully complete the program, he shall remain in the custody of the Commissioner of the Department of Corrections for a period of _____

## *Split Sentence -- Substance Abuse Treatment Only*

_____ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____. As a first condition of the probation, the defendant shall be transferred to the Substance Abuse Unit at Bryce Hospital for treatment. When the defendant has received the maximum benefit of his/her treatment, the defendant shall be returned to this Court for the imposition of further terms and conditions of probation.

## *Reverse Split Sentence*

_____ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____, however, as a first condition of probation, the defendant shall serve: _____ a period of _____ in the custody of the Commissioner of the Department of Corrections; _____ a period of _____ in the custody of the Sheriff of Montgomery County, Alabama; _____ a period of _____ in the custody of the Warden of the Montgomery City Jail. The period of the defendant's incarceration is postponed for a period of _____ months/years. On _____ (date) the defendant shall appear before this Court and show cause, if any he/she has, why the period of incarceration should be postponed indefinitely.

## CC 05-275 TSM
### Clarence Waters

| Arrest | | |
|---|---|---|
| - | 11-02-04 | 29 |
| - | 12-04 | 31 |
| Bond | 01-05 | 31 |
| | 02-28-05 | 28 |
| | Total Jail Credit | 119 |

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                               MONTGOMERY COUNTY
                              TRANSCRIPT OF RECORD
                               CONVICTION REPORT
                                           CC 2005 000275.00 01
                                           TRACEY S MCCOOEY
```

---

| CIRCUIT COURT OF MONTGOMERY COUNTY | COURT ORI: 003045 J |

```
STATE OF ALABAMA        VS.              DC NO: GJ 2005 020201.00
WATERS CLARENCE          ALIAS: CARTER CLARENCG J:    201
357 CRENSHAW ROAD        ALIAS:          SSN:    424782161
GREENVILLE  AL  36037                    SID:    000597954
                                         AIS:    132116
```

---

```
DOB:  11/10/1955   SEX: M   HT: 6 02    WT: 215  HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: _____  FEATURES: _____
```

---

```
DATE OFFENSE: 10/28/2004  ARREST DATE: 11/02/2004  ARREST ORI: 0030100
```

---

| CHARGES @ CONV | CITES | CT | CL | COURT ACTION | CA DATE |
|---|---|---|---|---|---|
| STALKING | 13A-006-090 | 01 | C | GUILTY PLEA | 03/24/2005 |
| | | 00 | | | 00/00/0000 |
| | | 00 | | | 00/00/0000 |

---

```
JUDGE: TRACEY S MCCOOEY           PROSECUTOR:
```

---

```
PROBATION APPLIED   GRANTED  DATE      REARRESTED DATE  REVOKED   DATE
( )Y( )N _____  ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____
```

---

```
15-18-8, CODE OF ALA 1975    IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:   30 00 000   00 00 000   30 00 000   00 00 119
            PROBATION  :   00 00 000   00 00 000   00 00 000
DATE SENTENCED: 05/12/2005    SENTENCE BEGINS: 05/12/2005
```

---

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY | RESTITUTION | $482.40 | $482.40 |
| HABITUAL OFDR | ATTORNEY FEE | $0.00 | $0.00 |
| | CRIME VICTIMS | $50.00 | $50.00 |
| | COST | $303.00 | $303.00 |
| | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $835.40 | $835.40 |

---

```
APPEAL DATE      SUSPENDED        AFFIRMED          REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____
```

---

```
REMARKS:                      THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS
                              AND IS TRUE AND CORRECT.
SENT TO RUN CC W/ ALL OTHER COUNTS.



                              _____
                              MELISSA RITTENOUR(CC)

                              06/17/2005
```

---

```
OPERATOR: DBH
PREPARED: 06/17/2005
```

*LENA CRENSHAW*
*6503 PINEAPPLE HWY.*
*GREENVILLE, AL 36037*
*MAY 11ᵀᴴ 2005*

## LETTER OF RECOMMENDATION

*Dear sir;*
    *To whom this may concern, I Lena Crenshaw, have known Clearence Carter over ( 40) fourty years, from his childhood up, he has always been a good person, after childhood going into his adult life, he always work hard for a living. Clearence Waters is a Born again christian, He came from a Christian family. In the community and around the community he is loved by all who know him. As mention Clearence Waters is a very nice person.*

        *Sincerely Your*
        *Lena Crenshaw*



RECEIVED
5-17-05
CIRCUIT COURT CLERK

Fellowship House
Discharge Summary

To: _____

Resident: _Clarence Waters_          Case #: _9074AC_

Address: _404 California Street - Montgomery 36107 - 356-2438_

Nearest Relative: _Valerie Averett (friend)_

Employer: _unemployed_

Discharge Date: _8/2/04_

Reason for Discharge: _Good standing_

Comments: _Client entered FSH on 5/24/04 as a First Step referral._
_He completed x10 Recovery Dynamics classes and R.D. review test._
_Client completed a problem goal and can identify with mental_
_and physical aspects of addiction as well as identify with solution_
_to his problem. Client attended x2 Bridge Groups, secured a sponsor,_
_and homegroup. He attended x4 AA/NA meetings as required week_
_and weekly process group. Client also met with VRS as required_
_He complied with FSH rules, policies and OJT Obligations. He_
_completed all 4 directives of FSH and on 7-30-04 discharged_
_in good standing to enter Clean House in Montgomery, AL. was_

Length of Residency: _71 days_

Staff Signature: _Marcia Glover ADC_

*Fellowship House Inc.*

A PRIVATE, NON-PROFIT CORPORATION
1625 12TH AVE. SO.   PHONE 933-2430
BIRMINGHAM, ALA. 35205

**Date:** _7-1-04_

**To:** _Butler County Court System_

This letter is to verify that _Clarence Waters_

Is a resident at Fellowship House, Inc. since _5-24-04_ . At
this point, client is showing compliance and motivation to program structure in
order to address his/her substance dependence problem.  If you need any further
information, in regard to this individual, contact this program.

**Respectfully Yours,**

_Marcia Glover AAC_



A UNITED WAY AGENCY . MEMBER OF ASSOCIATION OF HALFWAY HOUSE ALCOHOLISM PROGRAMS OF NORTH AMERICA



# South Central Alabama Mental Health

SUBSTANCE ABUSE SERVICES

This certifies that   CLARENCE WATERS

has completed the   FIRST STEP

treatment program on this date:   MAY 4, 2004

_Judy Cawley, L.P.C._
Counselor

_Judy Cawley, L.P.C._
Program Coordinator

## TREATMENT PLAN

NAME: *Clarence Waters*

CASE # _____

DATE: _____

| GOAL | OBJECTIVE | PERSON RESPONSIBLE | DATE DUE |
|---|---|---|---|
| I) Begin preparing yourself to move into semi or independent living environment | A) Read and review with counselor "A Vision for You" in Big Book | client-counselor | 6-30- |
| | B) List and discuss with counselor any concerns or fears you may have as a result of living independently | client-counselor | 7-12- |
| | C) List and discuss positive and negative situations which may occur as a result of you living independently | client-counselor | 7-12-0 |
| | D) Make arrangements to be placed on BSH apt waiting list | client-counselor | 7-12-0 |
| | E) Make transition into semi or independent living setting | client-counselor | 7-21- |

*Marcia Glover ADC*
COUNSELOR

_____
TREATMENT PLAN COORDINATOR

_____
RESIDENT

# INDIVIDUALIZED TREATMENT PLAN

*Clarence Waters*

**Client's Name** _____ **Case #** _____ **Registry #** _____

| Axis | Diagnosis | Code |
|------|-----------|------|
|  |  |  |
|  |  |  |
|  |  |  |
| IV | Psychosocial Sressors: | Severity: |
| V | Level of Function: | Past Year:<br><br>Current: |

**Primary Counselor** _____ **Program** _____ **Date of Formation** _____

**Current Medications:** _*None reported*_

**Client's Strengths:** _____

**Client's Limitations:** _____

**Long Term Goal:** _____

| Goal | Objective | Person Responsible | Due Date |
|------|-----------|--------------------|----------|
| 1) Gain insight to the disease of addiction Concept | A) Complete x10 Recovery Dynamics classes | Client | 5-26-04 |
|  | B) Complete R.D. test for review | client - counselor | 6-2-04 |
|  | C) Read Doctor's Opinion in Big Book write a summary for review | client - counselor | 6-8-04 ✓ |
|  | D) Read Bill's Story in Big Book for review with counselor | client - counselor | 6-14-04 |
|  | E) Read Step 1 in 12x12 Book write a summary for review with counselor. | client - counselor | 6-21-04 |

*Marcia Glover ADC*

**Counselor Signature** _____ **Treatment Director Signature** _____ **Client Signature** _____

# TREATMENT PLAN

NAME: _Clarence Waters_

CASE # _____

DATE: _____

| GOAL | OBJECTIVE | PERSON RESPONSIBLE | DATE DUE |
|------|-----------|--------------------|----------|
| 1) Involve yourself in self help community | A) Attend x 4 AA, NA meetings weekly | client | weekly |
| | B) Attend x 2 Bridge Groups | client | 5-26-04 + 6-2 |
| | C) Secure a sponsor + home group | client | 6-2-04 |
| | D) Attend weekly group as scheduled | client | weekly |
| | E) Complete assigned goal work as scheduled | client | by due d |
| | F) Meet with counselor as scheduled | client/counselor | as sched |
| | G) Meet with VRS counselor as scheduled | client/counselor | as sched |
| 2) Improve daily living skills | A) Clean your room daily | client | daily |
| | B) Perform daily household duties as scheduled | client | daily |
| | C) Attend and be on time for daily roll calls as scheduled | client | Monday-1 |
| 3) Begin seeking and secure employment | A) Review classified ads in newspaper daily | client | daily |
| | B) Register at State Employment Office | client | 6-3-04 |
| | C) Go out and place x 6 job applications weekly | client | weekly |
| | D) Set up x 3 interviews weekly | client | weekly |
| | E) Review A-D with counselor weekly | client/counselor | week |
| | F) Secure employment | client | 6-18-0 |
| 4) Establish a financial budget for yourself | A) Attend next Budget Class | client | 6-14-0 |
| | B) List income and expenses | client | 6-23-0 |
| | C) House expenses using 60%, 30% + 10% planning system for review | client/counselor | 6-23-0 |

_Marcia Glover, ADC_
COUNSELOR

_____
TREATMENT PLAN COORDINATOR

_____
RESIDENT

709 Oak Street
Greenville, Al 36037
May 11, 2005

To: Whom it May Concern

From: Jceddo D. Bell

This communication is to serve as a letter of reference for Clarence Waters who is appearing in your Court today.

I have known Clarence for many years, and I have found him to be responsive to positive ideas. At times he may have faltered, but he always come back and corrected himself.

The most impressive thing about Clarence is that he will work. I know this for a fact because I helped him many times when I worked at the employment office in Greenville, Alabama.

In addition, Clarence appears to be physically, mentally, and emotionally healthy.

Very truly yours,

Jedda D. Bell

To whom it Concern:

My name Rev Sam Johnson, I've been a business man in the City of Greenville for many years. I've known Clarence for a long time an for as long as I've known him he's been a person with a great attitude. A profound love for family, and a hard worker. If trouble as come his way, I pray that he's given the chance to make it right, but I believe if you'll allow him a chance, you'll come to see like my family and myself that he is a good person.

Sincerely
Rev. Sam Johnson

# MANPOWER®

May 11, 2005

To Whom It May Concern:

Clarence Waters, 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, originally started working short-term assignments with
Manpower back in June of 1997. After Clarence would complete an assignment for
Manpower we would always get positive feedback on him. He has always been a very
hard working and dependable employee. He is currently working an assignment for us at
AIA Recycling.

Sincerely,

*Natalie Langford*

Natalie Langford
Staffing Specialist

THE COURT OF MONTGOMERY COUNTY

STATE OF ALABAMA VS WATERS CLARENCE

CC 2005 000275 00

DISTRICT ATTORNEY OFFICE
RM 211 COUNTY COURTHOUSE
251 SOUTH LAWRENCE ST
MONTGOMERY  ALABAMA

DATE: 04182005
TIME: 0900AM

| NAME / ADDRESS | REQUESTED BY: | ISSUED: | SERVED: | INI |
|---|---|---|---|---|
| N T BUCE MPD | STATE | 03162005 | ✓ | |
| AL      0-  0 | | | | |
| NOTE: | | | | |
| TIMOTHY BEDGOOD 2269 EASTERN BLVD | STATE | 03162005 | insufficient address | |
| MONTGOMERY    AL   36117-  0 | *need apt. # | | | |
| NOTE: | | | | |
| ALAN BOND 4684 RAY DRIVE | STATE | 03162005 | ld | |
| MONTGOMERY     AL   36109-0000 | | | | |
| NOTE: | | | | |
| KATIE BOND 4684 RAY DRIVE | STATE | 03162005 | ld | |
| MONTGOMERY     AL   36109-0000 | | | | |
| NOTE: | | | | |
| J. L. DAVIS MPD | STATE | 03162005 | ✓ | |
| MONTGOMERY     AL   00000-0000 | | | | |
| NOTE: | | | | |
| M. D. HALL MPD | STATE | 03162005 | ✓ | |
| 00000-0000 | | | | |
| NOTE: | | | | |
| WILLIAM MILLER 4421 PEPEPR AVENUE | STATE | 03162005 | ld | |
| MONTGOMERY     AL   36109-0000 | | | | |
| NOTE: | | | | |
| CAROLYN NOLEN 6918 BLUEGASS STAKES | STATE | 03162005 | ld | |
| MONTGOMERY     AL   36117-0000 | | | | |
| NOTE: | | | | |

TO ANY LAW OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY ORDERED TO SERVE SUBPOENAS ON THE ABOVE NAMED
PERSONS AND MAKE RETURN TO THIS COURT.

ISSUED BY: MELISSA RITTENOUR (CC)
CLERK OF COURT

REV. 4/1/97

## NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
## BY THE TRIAL COURT CLERK

CLARENCE WATERS                          V.      STATE OF ALABAMA
**APPELLANT'S NAME**
(as it appears on the Indictment)                                    **APPELLEE**

[  ] CIRCUIT   [  ] DISTRICT   [  ] JUVENILE COURT OF   MONTGOMERY   COUNTY
[XXX]

CIRCUIT/DISTRICT/JUVENILE JUDGE:   TRACY MCCOOEY

**DATE OF NOTICE OF APPEAL:**   7-21-05
(NOTE: If the appellant is incarcerated and files notice of appeal, this date should be the date on the certificate of service, or if there was no certificate of service, use the postmark date on the envelope.)

**INDIGENCY STATUS:**
Granted Indigency Status at Trial Court:                    [ ] Yes [X] No
Appointed Trial Counsel Permitted to Withdraw on Appeal:   [ ] Yes [ ] No
Indigent Status Revoked on Appeal:                         [ ] Yes [ ] No

**DEATH PENALTY:**
Does this appeal involve a case where the death penalty has been imposed?   [ ] Yes [X] No

**TYPE OF APPEAL: (Please check the appropriate block.)**
[X] State Conviction          [ ] Pretrial Appeal by State    [ ] Juvenile Transfer Order
[ ] Rule 32 Petition          [ ] Contempt Adjudication       [ ] Juvenile Delinquency
[ ] Probation Revocation      [ ] Municipal Conviction        [ ] Habeas Corpus Petition
[ ] Mandamus Petition         [ ] Writ of Certiorari          [ ] Other(specify) _____

**IF THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION, WRIT OF HABEAS CORPUS, ETC.) OR FROM ANY OTHER ORDER ISSUED BY THE TRIAL JUDGE, COMPLETE THE FOLLOWING:**

TRIAL COURT CASE NO.: _____

DATE ORDER WAS ENTERED: _____     PETITION: [ ] Dismissed  [ ] Denied  [ ] Granted

**IF THIS IS AN APPEAL FROM A CONVICTION, COMPLETE THE FOLLOWING:**
DATE OF CONVICTION:   3-24-05          DATE OF SENTENCE:   5-12-05

**YOUTHFUL OFFENDER STATUS:**
Requested:   [ ] Yes [X] No      Granted:   [ ] Yes [ ] No

**LIST EACH CONVICTION BELOW:** *(attach additional page if necessary)*
1.   Trial Court Case No.  CC 05- 275     CONVICTION:  STALKING
     Sentence:  30 YEARS
2.   Trial Court Case No. _____     CONVICTION: _____
     Sentence: _____
3.   Trial Court Case No. _____     CONVICTION: _____
     Sentence: _____

**POST-JUDGMENT MOTIONS FILED: (complete as appropriate)**   Date Filed   Date Denied   Continued by Agreement To *(Date)*
[ ] Motion for New Trial ............................. _____ _____ _____
[ ] Motion for Judgment of Acquittal ................ _____ _____ _____
[X] Motion to Withdraw Guilty Plea .................. 6-1-05   7-14-05  _____
[ ] Motion in Arrest of Judgment .................... _____ _____ _____
[ ] Other  MOTION TO RECONSIDER ..................... 5-17-05  5-18-05  _____

COURT REPORTER(S): .........   VICKI CLARK
ADDRESS: .................   P O BOX 1667
                            MONTGOMERY, ALABAMA   36102-1667

APPELLATE COUNSEL: ........ _____
ADDRESS: ................. _____

APPELLANT: (IF PRO SE) ......  AIS#   CLARENCE WATERS
ADDRESS: .................       # 132116
                            KILBY CORRECTIONAL, P O BOX 150, MONTGOMERY, AL    36057

APPELLEE (IF CITY APPEAL): ..
DDRESS: ................. _____

I certify that the information provided above is accurate
to the best of my knowledge and I have served a copy of this
Notice of Appeal on all parties to this action on



| | | |
|---|---|---|
| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| PLAINTIFF | * | MONTGOMERY COUNTY, |
| VS. | * | STATE OF ALABAMA |
| CLARENCE WATERS | * | CRIMINAL DIVISION |
| DEFENDANT | * | CASE NO.: CC-2005-0275 TSM |

## NOTICE OF APPEAL AND
## MOTION TO APPOINT ATTORNEY

Comes now Clarence Waters and hereby gives notice of appeal and further moves this Honorable Court to appoint an attorney to represent him on appeal, and as grounds for this Motion, states unto the Court as follows:

1. I am herewith filing a notice of appeal.

2. I am in jail and do not have any funds to pay an attorney.

3. I am in need of legal assistance.

4. I am indigent and cannot afford an attorney.

5. I do not own any property nor anything of value.

Clarence Waters
Montgomery County Detention Facility

### CERTIFICATE OF SERVICE

I hereby certify that I have this day, served a copy of the foregoing document upon the District Attorney of Montgomery County, by placing a copy of said Motion in the box assigned to the District Attorney in the office of the Circuit Clerk at the Montgomery County Courthouse this 18th day of July, 2005.

Clarence Waters

1

FIFTEENTH JUDICIAL CIRCUIT
CIRCUIT COURT
CASE NO. CC-05-275

STATE OF ALABAMA,

V.                                                    ORDER

CLARENCE WATERS,

_____

      This cause is before the Court upon Notice of Appeal and Motion to Appoint Attorney filed, pro se, by defendant Clarence Waters.  Upon consideration of the same, it is ORDERED that the Honorable Debora Palmer is appointed as appellate counsel for Clarence Waters.

      DONE and ORDERED this the 2nd day of August, 2005.

                         _____
                         TRACY S. McCOOEY
                         CIRCUIT JUDGE

CC:  Graves/Williams, DDAs
     Debora Palmer, Esq.
     Clarence Waters – AIS #132116
        Kilby Corr. Facility
        P. O. Box 150
        Mt. Meigs, AL  36057

COPY TO CRIMINAL APPEALS ON 08-05-05



RECEIVED
8-2-05
CIRCUIT COURT CLERK

# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

**H. W. "BUCKY" McMILLAN**
Presiding Judge
**SUE BELL COBB**
**PAMELA W. BASCHAB**
**GREG SHAW**
**A. KELLI WISE**
Judges



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

### CR-04-2213

Clarence Waters v. State of Alabama  (Appeal from Montgomery Circuit Court: CC05-275)

## ORDER

The appellant in the above-referenced cause was sentenced on May 12, 2005.  The appellant timely filed a motion for new trial on June 1, 2005.  On July 14, 2005, the trial court entered an order denying the motion for new trial; however, this Court notes that the motion for new trial was denied by operation of law on July 11, 2005 (60 days from the date the appellant was sentenced), unless the motion was continued in conformity with Rule 24.4 of the Alabama Rules of Criminal Procedure on or before July 11, 2005. According to the information provided to this Court by the circuit court clerk's office, there was no such continuance.

Upon consideration of the above, the Court of Criminal Appeals ORDERS that the transcript of the proceedings on appeal in the above-referenced cause shall be completed and filed with the clerk of the trial court by September 6, 2005, unless the post-trial motion was continued in accordance with Rule 24.4.  In the event the post-trial motion was effectively continued, the clerk of the trial court shall, within 14 days from the date of this order, file a copy of the trial court's entry of record made on or before July 11, 2005, continuing the post-trial motion with the express consent of the parties to a date certain beyond 60 days from the date sentence was pronounced.

Done this the 8th day of August, 2005.

H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

**cc:** Hon. Tracy S. McCooey, Circuit Judge
Hon. Melissa Rittenour, Circuit Clerk
Vicki Clark, Court Reporter
Debora E. Palmer, Attorney
Office of Attorney General

TSM

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
CRIMINAL DIVISION

CLARENCE WATERS,
    Defendant,

VS.                                    CASE NUMBER: CC-2005-0275 TSM

STATE OF ALABAMA,
    Plaintiff.

## MOTION TO STRIKE APPEAL
### FROM THE RECORD

Comes now the Defendant/Appellant Clarence Waters, Pro Se hereby
for good cause moves this Honorable Court to Strike Appeal from the record,
and in support states the following:

1. The Defendant issues raise by his Attorney for appeal is without merit
within the Status of Aoders vs Alabama.

DONE this 2nd day of August 2005.

                        Respectfully Submitted: Clarence Waters

### CERTIFICATE OF SERVICE

I hereby certify this 2nd day of August 2005, that I have Served a true and
correct copy of the same upon the Plaintiff by U.S. mail/postage prepaid.

                        Clarence Waters

                        P.O. BOX 150

                        Mt. Meigs. AL 36050-0150

August 2, 2005, is contrary to Appellant's Pro-se Motion to Strike as moot appeal that would turn out to be a waste than in Price's brief and a waste of the Appellate Court and Counsel's valuable time, whereas the Appellant's intentions is to file a post conviction relief Rule 32 Pro-se petition into the trial court immediately with all due respect.

WHEREFORE, in light of the above Appellant request an order from this Court of Criminal Appeals to strike this on merit appeal with instruction to the trial court to withdraw appointed appellate counsel Donna Palmer for good cause.

Done this the 3rd day of August 2005.

Respectfully Submitted,
Clarence Waters

VERIFICATION

I verify this 3rd day of August under penalty of perjury that the information contained herein is true and correct to the best of my knowledge and belief.

Clarence Waters
Clarence Waters, 5_____
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, Alabama 36057-150

(2)

CERTIFICATE OF SERVICE

I hereby certify this 3rd day of August 2005, that I have served a true and correct copy of the same upon Respondent/Appellee, and Court and Appellate Counsel by U.S. Mail service at Billy F. north, and locality postage prepaid.

Clarence Waters

Clarence Waters, Appellant
Prisoner No.
Montgomery, AL 36057

(3)

CLARENCE WATERS- #232116

Bilby Corr. Fac. -W-88

P. O. BOX 150

Mt. Meigs, AL 36057

ALABAMA

from an Alabama correctional facility. Its contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

CHAMBERS OF JUDGE McCOOEY

Circuit Court of Montgomery County

P.O. BOX 1667

Montgomery, ALABAMA 36102