IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE WATERS, #132116, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.2:06-CV-650-MEF |
| | ) |
| KENNETH L. JONES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before March 31, 2008 the petitioner may file a response to the supplemental answers filed by the respondents on March 7, 2008 (Court Doc. No. 32) and March 21, 2008 (Court Doc. No. 38).

Done this 21st day of March, 2008.

　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE