IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CLARENCE WATERS                    (

       PETITIONER

VS.                                 CASE NO: 2:06-CV-650-MEF

KENNETH JONES,                     (
ET, AL
                                   (
       RESPONDENT
                                   (

PETITIONER'S RESPONSE
TO RESPONDENT'S SUPPLEMENTAL ANSWER DATED MARCH 7, 2008
AND SUPPLEMENTAL ANSWER DATED MARCH 21, 2008

COMES NOW THE ABOVE STYLED PETITIONER "CLARENCE WATERS" AND FILES THIS HIS "PETITIONER'S RESPONSE TO RESPONDENT'S SUPPLEMENTA ANSWER DATED MARCH 7, 2008 AND SUPPLEMENTAL ANSWER DATED MARCH 21 2008" AND IN SUPPORT OF SAME THIS PETITIONER WILL SHOW UNTO THIS HONORABLE COURT THE FOLLOWING TO WIT.

1. ON FEBRUARY 28, 2008 THIS HONORABLE COURT ENTERED A ORDER DIRECTING THE RESPONDENTS TO FILE A SUPPLEMENTAL ANSWER WHICH ADDRESSES THE MERITS OF THE PETITIONERS CLAIM THAT THE TRIAL COURT IMPOSED AN UNAUTHORIZED SENTENCE BECAUSE IT RELIED ON THE PRESENTENCE INVESTIGATION REPORT AS PROOF OF THE PETITIONERS PRIOR FELONYCONVICTIONS. FOR PURPOSES OF ENHANCING THE PE-TITIONERS SENTENCE UNDER THE ALABAMA HABITUAL FELONY OFFENDER ACT AND IN SUPPORT OF THIS RESPONSE THE RESPONDENT SHALL FILE RELEVANT STATE COURT RECORDS WHICH INDICATE THE PROOF UTILIZED BY THE STATE TO ESTABLISH PETITIONERS PRIOR FELONY CONVICTIONS AT HIS MAY 12, 2005 SENTENCING

1

2. THEN ON MARCH 7, 2008 THE RESPONDENTS FILED THEIR SUPPLEMENTAL ANSWER" WITH ATTACHED EXHIBIT 9 EXHIBIT 10 AND EXHIBIT 11

3. THE RESPONDENTS PRESENTED EXHIBIT 9 A COPY OF THE ACTUAL SENTENCING HEARING HELD ON MAY 12, 2005 EXHIBIT 10 A COPY OF THE ACTUAL HEARING ON THE PETITIONERS MOTION TO WITHDRAW GUILTY PLEA, AND EXHIBIT 11 A COPY OF THE ACTUAL HEARING ON THE PETITIONERS MOTION TO WITHDRAW GUILTY PLEA.

4. THE PETITIONER CONTENDS THAT, THE RESPONDENTS FAILED TO COMPLY WITH THIS HONORABLE COURTS ORDER DATED FEBRUARY 28, 2008 BY FAILING TO FILE RELEVANT STATE COURT RECORDS WHICH INDICATED THE PROOF UTILIZED BY THE STATE TOESTABLISH THE PETITIONERS PRIOR FELONY CONVICTIONS AT HIS MAY 12, 2005 SENTENCING

5. THEN ON MARCH 7, 2008 THIS HONORABLE COURT ONCE AGAIN ENTERED A ORDEDR DIRECTING THE RESPONDENTS TO ON OR BEFORE MARCH 12, 2008 TO FILE A SUPPLEMENTAL ANSWER TO THEIR MOST RECENT ANSWER WHICH CONTAINS COPIES OF THE CERTIFIED PRIOR CONVICTIONS ON WHICH THE TRIAL COURT RELIED FOR PURPOSSES OF ENHANCING THE PETITIONERS SENTENCE UNDER THE ALABAMA HABITUAL FELONY OFFENDER ACT.

6. AND ON MARCH 17, 2008 THE RESPONDENTS ONCE AGAIN FILED IT"S "NOTICE OF ADDITIONAL EXHIBITS" WITH ATTACHED EXHIBIT 12 A COPY OF BUTLER COUNTY CIRCUIT COURTS ORIGINAL DOCUMENTATION OF THE PETITIONERS 1981 CONVICTION FOR FIRST DEGREE RAPE, EXHIBIT 13 A COPY OF THE MARCH 10, 2008 ORIGINAL NOTE OF DEBBIE HUDSON BUTLER COUNTY CIRCUIT COURT SPECIALIST STATING

2

THAT THE RECORDS POF THE BUTLER COUNTY CIRCUIT COURT CONTAIN NO DOCUMENTATION OF THE PETITIONERS 1980 SECOND DEGREE ESCAPE CONVICTION.

7. THEN ON <u>MARCH 18, 2008</u>  ONCE AGAIN THIS HONORABLE COURT ENTERED A ORDER DIRECTING THE RESPONDENTS TO FILE A SUPPLEMENTAL ANSWER TO THEIR MOST RECENT ANSWER WHICH CONTAINS COPIES OF AND FROM THE STATE COURT FILE OF PETITIONERS STALKING CONVICTION OF ALL DOCUMENTS RELEVANT TO THE ÐRIOR CONVICTIONS ON WHICH THE <u>TRIAL COURT</u>   RELIED FOR PURPOSES OF ENHANCING THE PETITIONERS SENTENCE UNDER THE ALABAMA HABITUAL FELONY OFFENDER ACT AT THE SENTENCING HEARING AND THAT THE RESPONDENT SHALL INCLUDE COPIES OF ALL INFORMATION FROM THE STATE COURT RECORD THAT IDENTIFIES THESE CONVICTIONS AND THE NOTICE PROVIDED TO THE PETITIONER REGARDING SUCH CONVICTIONS.

8. AND ON <u>MARCH 21, 2008</u>  ONEE AGAIN THE RESPONDENT FILED ITS <u>"FOURTH SUPPLEMENTAL ANSWER"</u> WITH A PARTIAL ENTIRE STATE COURT FILE OF THE PETITIONERS STALKING CONVICTION, AND <u>EXHIBIT 14</u> DOCUMENTATION OF THE PETITIONERS (AKA) CARTERS BUTLER COUNTY SECOND DEGREE ESCAPE CONVICTION, <u>EXHIBIT 15</u>   PETITIONERS (AKA) CARTERS PAROLE CERTIFICATE RELATING TO HIS SECOND DEGREE ESCAPE CONVICTIOM <u>EXHIBIT 16</u>   TRANSCRIPT OF THE STALKING GUILTY PLEA HEARING HELD ON <u>MARCH 24, 2005</u>  (CC-05-0275)  AND <u>EXHIBIT 17</u> THE COMPLETE COURT FILE OF THE PETITIONERS (AKA) CARTERS STALKING CONVICTION <u>(CC-05-0275)</u>

9. THE RESPONDENT CONTENDS IN <u>EXHIBIT 17</u>   THAT THGE ENTIRE STATE COURT FILE OF THE PETITIONERS STALKING CASE, CONTAINS ALL

3

DOCUMENTATION OF THE NOTICE, AND/OR PROOF OF THE PETITIONERS (AKA) CARTERS PRIOR FELONY CONVICTIONS PRESENTED TO THE TRIAL COURT IN CONNECTION WITH THESE PROCEEDINGS.

10. THE RESPONDENT ALSO ACKOWLEDGE THAT THE ENTIRE FILE AND ANYTHING NOT CONTAINED WITHIN THE PAGES OF EXHIBIT 17 WAS NOT INTRODUCED AT THE PROCEEDINGS RELATIVE TO THE PETITIONERS STALKING CONVICTION IN (CC-05-0275) AND WILL THEREFOR BE IMPOSSIBLE FOR RESPONDENTS TO PRODUCE

11. THE PETITIONER INTENDS AND DOES CONTEND THAT THE RESPONDENT HAVE LEFT OUT EXHIBIT 9 A COPY OF THE ACTUAL SENTENCING HEARING HELD ON MAY 12, 2005 WHICH WAS PROVIDED TO THIS COURT IN THE RESPONDENTS "THIRD SUPPLEMENTAL ANSWER"

12. THE PETITIONER FURTHER CONTENDS THAT RESPONDENTS EXHIBIT 9 THE SENTENCING HEARING HELD ON MAY 12, 2005 IN CASE NUMBER (CC-05-0275) THE STALKING CONVICTION CLEARLY SHOWS ON (PAGE 4) THAT THE DISTRICT ATTORNEY SPOKE OF HAVING THREE (3) PRIOR FELONY CONVICTIONS, BUT CLEARLY STATED ON THBE RECORD THAT HE DID NOT HAVE CERTIFIED PRIOR FELONY CONVICTION OF THE THIRD FELONY CONVICTION, AND THE RECORD WILL FURTHER REFLECT THAT THE DISTRICT ATTORNEY NEVER ADMITTED INTOEVIDENCE ANY PRIOR FELONY CONVICTIONS, AND NEVER GAVE ANY CERTIFIED PRIOR FELONY CONVICTIONS TO THE TRIAL COURT FOR ENHANCEMENT PURPOSSES.

13. THE PETITIONER CONTENBDS THAT ON FEBRUARY 5, 2008 THIS HONORABLE COURT DIRECTED THE RESPONDENT TO FILE A "SUPPLEMENTAL A ANSWER" SUPPORTED BY RELEVANT STATE COURT RECORDS ADDRESSING

4

THE PETITIONERS CHALLENGE TO HIS SENTENCE, AND CITED OUR ALABAMA SUPREME COURTS DECISION IN THE AUTHORITY OF <u>EX PARTE COOPER</u> 632 so 2d 1344 (ALA. 1994), WHICH THE COURT STATED THAT THE TRIAL COURT IMPROPERLY RELIED SOLELY ON THE PRESENTENCE INVESTIGATION REPORT TO PROVIDE NOTICE OF THE PETITIONERS SPECIFIC PRIOR FELONY CONVICTION ON WHICH THE STATE RELIED FOR ENHANCEMENT PURPOSSES.

14. THE PETITIONER CONTENDS FURTHER THAT, FROM THE START OF THE RESPONDENTS SUPPLEMENTAL RESPONSES AND ANSWERS AND EXHIBITS <u>DEECEMBER 11, 2006</u> <u>FEBRUARY 20, 2008</u> <u>MARCH 7, 2008</u> <u>MARCH 17 2008</u> <u>MARCH 21, 2008</u> THE RESPONDENTS HAVE COMPLETELY FAILED TO COME FORTH WITH ANY DOCUMENTARY PROOF AS TO THE PRIOR FELONY CONVICTIONS RELIED UPON BY THE <u>TRIAL COURT</u> FOR PURPOSES OF ENHANCING THE PETITIONERS SENTENCE UNDER THE HABITUAL FELONY OFFENDER ACT, AT THE PETITIONERS SENTENCING HEARING HELD ON <u>MAY 12, 2005</u> AS DIRECTED BY THIS HONORABLE COURT ONM <u>FEBRUARY 5, 2008</u> <u>FEBRUARY 28, 2008</u> <u>MARCH 7, 2008</u> AND <u>MARCH 18, 2008</u>

15. THE PETITIONER CONTENDS THAT, THE RESPONDENT <u>"NOTICE OF ADDITIONAL EXHIBITS"</u> <u>EXHIBIT 13</u> REFLECTS A LETTER FROM THE HONORABLE ALLEN W. STEPHENSON CIRCUIT CLERK OF BUTLER COUNTY ALABAMA, WRITTEN TO THE HONORABLE STEVE DODD ASSISTANT ATTORNEY GENERAL FOR THE STATE OF ALABAMA DATED <u>MARCH 10, 2008</u> THIS EXHIBIT CLEARLY REVEALS THAT THE BUTLER COUNTY CIRCUIT COURT CLERKS OFFICE HAD NO RECORDS OF THE PETITIONERS FELONY CONVICTION FOR THE OFFENSE OF ESCAPE 2ND DEGREE WITH THIS IN MIND, THE DISTRICT ATTORNEY COULD NOT HAVE HAD A COPY OF THIS PRIOR FELONY CONVICTION AT THE PETITIONERS FORMAL SENTENCING HEARING HELD ON <u>MAY 12, 2005</u>

5

16. THE PETITIONER ASK THAT THIS HONORABLE COURT TAKE JUDICIAL NOTICE EX MERO MOTU TO THE SENTENCING HEARING HELD ON ~~MAY 12 2005~~ RESPONDENTS EXHIBIT 9 AT (PAGE #4) THIS PAGE WILL CLEARLY REFLECT THAT THE DISTRICT ATTORNEY INFORMED THE TRIAL COURT THAT IT HAD TWO (2) CERTIFIED COPIES OF THE PETITIONERS PRIOR FELONY CONVICTIONS, THIS PAGE WILL ALSO CLEARLY REFLECT THAT THE DISTRICT ATTORNEY NEVER SUPPLIED THE TRIAL COURT WITH THESE TWO (2) CERTIFIED COPIES OF THE PETITIONERS PRIOR FELONY CONVICTIONS, THAT THE TRIAL COURT RELIED UPON TO ENHANCE THE PETITIONERS SENTENCE TO THIRTY (30) YEARS IMPRISONMENT

17. THE PETITIONER CONTENDS THAT, THE RESPONDENT HAVE WENT OUTSIDE THE RECORD IN TRYING TO ESTABLISH THE FACT THAT THE TRIAL COURT RELIED UPON TWO (2) PRIOR FELONY CONVICTIONS FOR PURPOISSES OF ENHANCING THE PETITIONERS SENTENCE OF THIRTY (30) YEARS IMPRISONMENT, THIS IS EVIDENT BY RESPONDENTS EXHIBIT 12 (CASE ACTION SUMMARY SHEET IN CASE NUMBER CC-81-122) SPECIFICALLY RAPE 1ST DEGREE, THIS EXHIBIT IS NOT APART OF ANY OF THE RECORDS RELIED UPON AT THE SENTENCING HEARING HELD ON MAY 12, 2005 ALSO RESPONDENTS EXHIBIT 13 NOTIFICATION BY ALLEN W. STEPHENSON BUTLER COUNTY CIRCUIT COURT CLERK, THAT THESE DOCUMENTS REVEAL THAT THERE WERE NO RECORDS ON THE PETITIONERS ESCAPE 2ND DEGREE C CHARGE.

6

WHEREFORE PREMISES CONSIDERED PETITIONER CONTENDS THAT THE RECORDS BEFORE THIS HONORABLE COURT CLEARLY REVEAL THAT THE TRIAL COURT RELIED SOLELY UPON THE PRESENTENCE INVESTIGATION REPORT IN ORDER TO ENHANCE THE PETITIONERS SENTENCE UNDER THE ALABAMA HABITUAL FELONY OFFENDER ACT "TITLE 13A-5-9 (c) (2)" "CODE OF ALABAMA (1975)" IN VIOLATION OF THE ALABAMA SUPREME COURTS DECISION IN THE AUTHORITY OF EX PARTE COOPER 632 so 2d 1344 (ALA. 1994) ACCORDINGLY THE PETITIONERS PETITION FOR WRIT OF HABEAS CORPUS IS DUE TO BE GRANTED AND THIS HONORABLE COURT ENTER A REPORT AND RECOMMENDATION THAT THE PETITIONER BE RESENTENCED TO A TERM OF NOT LESS THAN ONE (1) YEAR AND ONE (1) DAY AND NO MORE THAN TEN (10) YEARS WITHOUT ANY ENHANCEMENT OF THE PETITIONERS SENTENCE WITH THE TWO (2) PRIOR, FELONY CONVICTIONS

DONE THIS THE 25 DAY OF MARCH 2008

RESPECTFULLY SUBMITTED

*Clarence Waters*
CLARENCE WATERS
AIS# 132116
WILLIAM E. DONALDSON CORRECTIONAL FACIL
100 WARRIOR LANE
BESSEMER, ALABAMA  35023-7299

7

CERTIFICATE OF SERVICE

i hereby certify that i have served a copy of the above and FOREGOING UPON THE FOLLOWING BY PLACING A COPY IN THE UNITED STATES MAIL POSTAGE PREPAID AND PROPERLY ADDRESSED THIS THE 25th DAY OF MARCH 2008 AS FOLLOWS

CC:  HONORABLE STEPHEN N. DODD
     ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORFNEY GENERAL
     STATE OF ALABAMA
     ALABAMA STATEHOUSE
     11 SOUTH UNION STREET
     MONTGOMERY, ALABAMA   36130

RESPECTFULLY SUBMITTED

_____
CLARENCE WATERS
AIS# 132476
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE
BESSEMER, ALABAMA   35023-7299

8  *

Mr. Clarence Watts
AIS# 132116 X-6
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Alabama 35023-7299

2:06-CV-650-MEF

USA 41 USA 41

27 MAR 2008

"This correspondence is forwarded fr[om] an Alabama State Prison. The contents h[ave] not been evaluated, and the Alaba[ma] Department of Corrections is not respons[ible] for the substance or content of the enclo[sed] communication."

Office of the Clerk
United States District Court
For the Middle District of Alabama
P.O Box 711
Montgomery, Alabama 36101-0711