IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE WATERS, #132116, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 2:06-cv-0650-MEF |
| | ) |
| KENNETH JONES, *et al.,* | ) |
| | ) |
|     Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #42) filed on April 15, 2008 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #41) entered on April 3, 2008 is adopted;

(3) The petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice.

DONE this the 30th day of April, 2008.

                                                     /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE