IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CLARENCE WATERS      (
           PETITIONER (
VS.                  (   CASE NO: 2:06-CV-0650-MEF
                     (
KENNETH JONES, WARDEN (
et, al               (
           RESPONDENTS (
                     (

PETITIONERS NOTICE OF APPEAL

COMES NOW THE ABOVE STYLED PETITIONER "CLARENCE WATERS" AND FILES THIS HIS "PETITIONERS NOTICE OF APPEAL" PURSUANT TO RULE 4 (a) (1) F.R.A.P. TO THE UNITED COURT OF APPEALS FOR THE ELEVENTH CIRCUIT FROM THE DISTRICT COURTS ORDER DISMISSING THE PETITIONERS PETITION FOR WRIT OF HABEAS CORPUS ON APRIL 30, 2008

DONE THIS THE 27th DAY OF MAY 2008

RESPECTFULLY SUBMITTED

_____
CLARENCE WATERS
AIS# 132116
WILLIAM E. DONALDSON CORRECTIONAL FACILIT
100 WARRIOR LANE
BESSEMER, ALABAMA    35023-7299

AIS# 13
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Alabama 35023-7299

2:06-CV-0650-MEF

Office of the Clerk
United States District Court
For the Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0211

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL ONLY