IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CLARENCE WATERS

      PETITIONER

VS.

      CASE NO: 2:06-CV-0650-MEF

KENNETH JONES, WARDEN
et al

      RESPONDENTS

## CERTIFICATE OF APPEALABILITY

COMES NOW THE ABOVE STYLED PETITIONER "CLARENCE WATERS" AND FILES THIS HIS "CERTIFICATE OF APPEALABILITY" PURSUANT TO 28 USC 2253 (c) AND IN SUPPORT OFSAME THIS PETITIONER WILL SHOW UNTOTHIS HONORABLE COURT THE FOLLOWING TO WIT

1. ON APRIL 3, 2008 THE HONORABLE SUSAN RUSS WALKER UNITED STATES MAGISTRATE JUDGE FOR THE MIDDLE DISTRICT OF ALABAMA ENTERED IT'S "RECOMMENDATION OF THE MAGISTRATE JUDGE" IN WHICH SHE DECLINED TO GRANT THE PETITIONERS PETITION FOR WRIT OF HABEAS CORPUS ON TWO (2) ISSUES  1) ADJUDICATION OF INDICTMENT CLAIM BYTHE STATE COURT THIS COURT CONTENDS THAT A HABEAS PETITION WHOSE CLAIM WAS ADJUDICATED ON THE MERITS IN THE STATE COURT IS NOT ENTITLED TO RELIEF IN FEDERAL COURT UNLESS HE MEETS THE REQUIREMENTS OF 28 USC 2254 (d) (1) RESULTED INA DECISION THAT WAS CONTRARY TO, OR INVOLVED AN UNREASONABLE APPLICATION OF CLEARLY ESTABLISHED FEDERAL LAW, AS DETERMINED BY THE SUPREME COURT OF THE UNITED STATES  OR  (2) RESULTED IN A DECISION THAT WAS BASED ON AN UNREASONABLE DETERMINATION OF THE FACTS INLIGHT OF THE EVIDENCE PRESENTED IN THE STATE COURT PROCEEDINGS

THE PETITIONER ARGUES THAT IT IS HIS POSITION THAT THE STATE COURT BASED IT"S DECISION ON AN UNREASONABLE DETERMINATION OF THE FACTS IN LIGHT OF THE EVIDENCE PRESENTED IN THE STATE COURT PROCEEDINGS 28 USC 2254 (d) (2)

2. SENTENCE ENHANCEMENT CLAIM-VIOLATION OF STATE LAW

THE PETITIONER ARGUES THAT THIS HONORABLE COURT CONTENDS THAT THG THIS CONTENTION BY THE PETITIONER DOES NOT PRESENT A CLAIM UPON WHICH FEDERAL RELIEF CAN BE GRANTED AS THIS CLAIM INVOLVES THE STATE COURTS APPLICATION OF STATE LAW, AND A FEDERAL COURT HAS NO AUTHORITY TO RE-EXAMINE STATE COURT DETERMINATIONS OF QUESDTIONS OF STATE LAW.

3. DUE PROCESS OF LAW

THE PETITIONER ARGUES THAT CONTRARY TO THIS COURTS RESOLUTION OF THIS CLAIM, BY THE STATE OF ALABAMA, ENHENCEMENT OF THE PETITIONERS SENTENCE PURSUANT TO "TITLE 13A-5-9 (c) (2)" "CODE OF ALABAMA (1975)" BY RELYING SOLELY UPON THE PRESENTENCE INVESTIGATION REPORT WHICH LISTED SEVERAL PRIOR FELONY CONVICTION WAS PROHIBITED UNDER STATE LAW EX PARTE COOPER  632 so 2d 1344 (ALA. 1994) AS SUCH RESULTED IN AN SENTENCE WHICH WAS NOT AUTHORIZEDD BY LAW (" AS A TRIAL COURT HAS NO JURISDICTION TO IMPOSE A SENTENCE WHICH IS NOT AUTHORIZED BYLAW") SEE THE AUTHORITY OF JONES V. STATE  724 so2d 75 (ALA. CRIM. APP. ()

THE PETITIONER ARGUES FURTHER THAT, THERE IS NO NEED TO REEXAMINE STATE COURT DETERMINATIONS ON QUESTIONS OF STATE LAW AS CLEARLY THIS CLAIM DOES NOT INVOLVE A STATE COURTS APPLICATION OF STATE LAW, BECAUSE THE ALABAMA SUPREME COURTS DECISION IN EXPARTE COOPER  632 so 2d 1344 (ALA. 1994) IS BINDING ON THIS

HONORABLE COURT

THE PETITIONER ARGUES FURTHER THAT, THE DENIAL OF THESE TWO (2) CLAIMS BY THE STATE COURTS RESULTED IN A DECISION THAT WAS BASED ON AN UNREASONBALE DETERMINATION OIF THE FACTS IN LIGHT OF THE EVIDENCE PRESENTED IN THE STATE COURT PROCEEDINGS

28 USC 2254 (d) (2)

THE PETITIONER ARGUES THAT, CLEARLY HIS DUE PROCESS WHICH IS GUARANTEED BY THE 14THAMENDMENT TO THE UNITED STATES CONSTITUTION HAS BEEN VIOLATED BY THE PETITIONER BEING SUBJECTED TO A SENTENCE WHICH IS CLEARLY NOT AUTHORIZED BY LAW, AND SUCH A CLAIM IS CLEARLY DEBATEABLE AMONG JURISTS.


4.  SLACK V. McDANIEL   529 US 473 484 120 s ct 1595 1604 146 LED 2d 542 (2000)

THE UNITED STATES SUPREME COURT HELD THAT WHERE THE DISTRICT COURT HAS DENIED A HABEAS PETITION, ON PROCEDURAL GROUNDS THE PETITIONER MUST SHOW THAT JURISTS OF REASON WOULD FIND IT DEBATABLE WHETHER  1)  THE DISTRICYT COURT WAS CORRECT IN IT"S PROCEDURAL RULING AND   2)  THE PETITION STATES A VALID CLAIM OF THE DENIAL OF A CONSTITUTIONAL RIGHT.

THE PETITIONER ARGUES THAT WHEN AS HERE A DISTRICT COURT HAS REJECTED A CONSTITUTIONAL CLAIM, ON THE MERITS WITHOUT REACHING THE UNDERLYING CONSTITUTIONAL CLAIM,. A CERTIFICATE OF APPEALABIL SHOULD BE ISSUED IN THAT CASE, THE PETITIONER THROUGH ALL OF HIS FORMAL PLEADINMGS HAS SHOWN THAT JURISTS OF REASON WOULD FIND THE CLAIM DEBATEABLE AMONG TEHM, AND THE PETITIONER HAS CLEARLY SHOWN A VALID CLAIM OF A DENIAL OF A CONSTITUTIONAL RIGHT.

THE PETITIONER ARGUES THAT, HE CLEARLY HAS SHOWN THAT HE HAS MADE A SUBSTANTIAL SHOWING OF A DENIAL OF A CONSTITUTIONAL RIGHT A DEMOSTRATION THAT UNDER <u>BAREFOOT V. ESTELLE</u> 463 US at 894 77 LED 2d XXXXX 1090 103 s ct 3383 INCLUDES SHOWING THAT REASONABLE JURISTS COULD DEBATE WHETHER <u>(OR NOT FOR THAT MATTER WOULD AGREE THAT)</u> THE PETITIONERS PETITION FOR WRIT OF HABEAS CORPUS PETITION SHOULD HAVE BEEN RESOLVED IN A DIFFERENT MANER OR THAT THE ISSUES PRESENTED WERE ADEQUATE TO DESERVE ENCOURAGEMENT TO PROCEED FURTHER

<u>WHEREFORE PREMISES CONSIDERED</u>  PETITIONER MOVES THIS HONORABLE COURT TO ENTER A ORDER GRANTING THE PETITIONERS "<u>CERTIFICATE OF APPEALABILITY</u>"

DONE THIS THE ___ DAY OF MAY 2008

RESPECTFULLY SUBMITTED

CLARENCE WATERS
AIS# 132116
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE
BESSEMER, ALABAMA    35023-7299