Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

August 11, 2008

**Appeal Number: 08-13066-H**
Case Style: Clarence Waters v. Kenneth L. Jones
District Court Number: 06-00650 CV-F-N

TO:  Debra P. Hackett

CC:  Clarence Waters (132116)

CC:  Stephen N. Dodd

CC:  Troy King

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 11, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-13066-H**
Case Style: Clarence Waters v. Kenneth L. Jones
District Court Number: 06-00650 CV-F-N

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Case Initiation Blue Team/wl/404-335-6125

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 08-13066-H

---

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 1 1 2008

THOMAS K. KAHN
CLERK
```

CLARENCE WATERS,

                                          Petitioner-Appellant,

versus

KENNETH L. JONES,
Warden,
TROY KING,
The Attorney General of the State of Alabama,

                                          Respondents-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ORDER:

    Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

    Appellant's motion for leave to proceed in forma pauperis is DENIED AS MOOT.

                                        /s/ R. Lanier Anderson, III
                                        UNITED STATES CIRCUIT JUDGE

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia